UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HALEY PAINT COMPANY,
on behalf of itself and all
others similarly situated,

        Plaintiff,

v.

E.I. DUPONT DE NEMOURS
AND COMPANY, et al.,

        Defendants.

Case No. 1:10-cv-00318 RDB

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert B. Levin, am a member in good standing of the bar of this Court. My bar number is 00695. I am moving the admission of Joseph Richard Saveri to appear *pro hac vice* in this case as counsel for Plaintiff.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member of good standing of the bars of the following State Courts and/or United States Courts:

| STATE COURT & DATE OF ADMISSION | U.S. COURT & DATE OF ADMISSION |
|---|---|
| California – 12/11/1987 | USDC Northern District of CA – 12/11/1987 |
| | U.S. Court of Appeals, Ninth Circuit – 12/11/1987 |
| | U.S. Supreme Court – 12/13/2004 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court one (1) time, in the related case of *Isaac Industries, Inc. v. E.I. Dupont DeNemours and Company, et al.*, case no. 1:10-CV-00323 RDB.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (**NOTE:** If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or Paul Mark Sandler, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *Signature* | *Signature* |
| Robert B. Levin #006695 | Joseph Richard Saveri |
| *Printed Name* | *Printed Name* |
| SHAPIRO SHER GUINOT & SANDLER | LIEFF CABRASER HEIMANN AND BERNSTEIN LLP |
| *Firm* | *Firm* |
| 36 South Charles Street, Suite 2000 | 275 Battery Street, 29th Floor |
| Baltimore, Maryland 21201 | San Francisco, California 94111 |
| *Address* | *Address* |
| (410) 385-0202 | (415) 956-1000 |
| *Telephone Number* | *Telephone Number* |
| (410) 539-7611 | (415) 956-1008 |
| *Fax Number* | *Fax Number* |
| rbl@shapirosher.com | jsaveri@lchb.com |
| *Email Address* | *Email Address* |