# UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND
## (Northern Division)

| | |
|---|---|
| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No. 10-CV-00318-RDB |
| **THIS DOCUMENT RELATES TO: All Actions** | **CERTAIN DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT** |

## CERTAIN DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants E.I. du Pont de Nemours & Co., Huntsman International LLC, Kronos Worldwide Inc., and Millennium Inorganic Chemicals Inc. hereby move to dismiss Plaintiffs' Amended Consolidated Complaint ("Complaint").

This Motion is based upon Federal Rule of Civil Procedure 12(b)(6), on the ground that the allegations set forth in the Complaint, even if taken as true, do not state a claim upon which relief can be granted, as explained fully in the accompanying Memorandum of Points and Authorities.

Dated: May 28, 2010                    Respectfully Submitted,

CROWELL & MORING LLP

By:_____/s/_____
         Shari Ross Lahlou (MDBN 16570)

Kent A. Gardiner
kgardiner@crowell.com
Jeffrey Blumenfeld
jblumenfeld@crowell.com
Shari Ross Lahlou
slahlou@crowell.com
Ryan C. Tisch
rtisch@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Defendant E.I. du Pont de Nemours & Co.*

HOWREY LLP

By:_____/s/_____
         Richard A. Ripley (MDBN 465531)

By:_____/s/_____
         Shari Ross Lahlou
(signed by Shari Ross Lahlou with permission of Richard A. Ripley)

Richard A. Ripley
ripleyr@howrey.com
Dimitri J Nionakis
NionakisD@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Defendant Millennium Inorganic Chemicals Inc.*

VINSON & ELKINS LLP

By:_____/s/_____
      James A. Reeder, Jr.

By:_____/s/_____
      Shari Ross Lahlou
(signed by Shari Ross Lahlou with permission of James A. Reeder, Jr.)

James A. Reeder, Jr.
jreeder@velaw.com
VINSON & ELKINS LLP
First City Tower
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: (713) 758-2222
Facsimile: (713) 758-2346


David B. Hamilton (Trial Bar No. 4308)
david.hamilton@wcsr.com
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
250 W. Pratt Street
Suite 1300
Baltimore, Maryland 21201
Telephone: (410) 545-5850
Facsimile: (410) 694-0871

*Attorneys for Defendant Huntsman International LLC*

MAYER BROWN LLP

By:_____/s/_____
         Robert E. Bloch

By:_____/s/_____
         Shari Ross Lahlou
(signed by Shari Ross Lahlou with permission of Robert E. Bloch)

Robert E. Bloch
rbloch@mayerbrown.com
Mitchell D. Raup
mraup@mayerbrown.com
MAYER BROWN LLP
1999 K St NW
Washington, DC 20006
Tel:  (202) 263-3203
Fax:  (202)  263-5203

*Attorneys for Defendant Kronos Worldwide Inc.*

DC11650231.1