**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | |
|---|---|
| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No.: 1:10-CV-00318-RDB |
| **THIS DOCUMENT RELATES TO:** **All Actions** | |

**DEFENDANT THE NATIONAL TITANIUM DIOXIDE COMPANY LIMITED'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION**

Defendant The National Titanium Dioxide Company Limited (d/b/a/ Cristal) ("Cristal"), appearing specially for purposes of this Motion only and despite its contention that it has not been properly served in this matter, respectfully moves the Court for an order dismissing the Consolidated Complaint against Defendant Cristal for insufficient service of process pursuant to Rule 12(b)(5), Federal Rules of Civil Procedure, and for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

In support of its motion, Cristal submits the accompanying Memorandum of Points and Authorities, the Declaration of John E. Hall, and such further evidence and argument as the Court may permit.

Pursuant to Local Rule 105(6), Cristal also hereby respectfully requests a hearing

on its Motion to Dismiss for Insufficient Service of Process and Lack of Personal

Jurisdiction.


Dated: June 18, 2010                    Respectfully submitted,


                                        HOWREY LLP


                                        By:              /s/
                                              Richard A. Ripley

                                        Richard A. Ripley (MDBN 465531)
                                        ripleyr@howrey.com
                                        Dimitri J. Nionakis
                                        NionakisD@howrey.com
                                        HOWREY LLP
                                        1299 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20004
                                        Telephone: (202) 783-0800
                                        Facsimile: (202) 383-6610

                                        *Attorneys for Defendant*

                                        THE NATIONAL TITANIUM DIOXIDE COMPANY
                                        LIMITED