**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | |
|---|---|
| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No.: 1:10-CV-00318-RDB |
| **THIS DOCUMENT RELATES TO:**<br>**All Actions** | |

**[PROPOSED] ORDER**

Upon consideration of Defendant The National Titanium Dioxide Company Limited's Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction ("Motion"), Plaintiffs' Amended Consolidated Complaint ("Complaint"), Plaintiffs' Opposition thereto, and the entire record herein, it is ORDERED that the Motion be and is hereby GRANTED.

The Court finds that the Plaintiffs have failed to properly serve Defendant The National Titanium Dioxide Company Limited (d/b/a/ Cristal) ("Cristal") and that the Complaint fails to assert facts sufficient to show personal jurisdiction over Cristal.  It is further ORDERED that the Complaint be and is DISMISSED against Cristal.

So ORDERED.

DATED: _____, 2010

_____
Richard D. Bennett
United States District Judge