UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 JUL 29 P 2: 20

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No. 10-CV-00318 (RDB) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## STIPULATION AND ORDER REGARDING EAST COAST COLORANTS LLC'S MOTION TO INTERVENE

East Coast Colorants LLC d/b/a Breen Color Concentrates ("Breen"); Plaintiffs Haley Paint Company and Isaac Industries, Inc. (collectively, "Plaintiffs"); and Defendants E.I. du Pont de Nemours and Company ("DuPont"), Huntsman International LLC ("Huntsman"), and Kronos Worldwide, Inc. ("Kronos") and Millennium Inorganic Chemicals Inc. (collectively, "Defendants") stipulate as follows:

1. On July 13, 2011, Breen moved to intervene in the above action as a named plaintiff and proposed class representative. (Dkt. 164). Plaintiffs' counsel support this motion.

2. Breen agrees that it will be bound by all previous rulings of this Court, including Case Management Order No. 1 and the Scheduling Order.

3. Breen agrees that as a new plaintiff in this action, it will adopt the Consolidated Complaint as its active complaint against Defendants. Breen also agrees that the Defendants' respective Amended Answers to that Consolidated Complaint will serve to join issue with Breen's claims against Defendants, and Defendants will not have to file any additional Answers

with respect to Breen's claims.

4. Plaintiffs and Defendants agree that they will not use Breen's appearance as a new plaintiff to seek changes to any of the previous rulings by this Court.

5. Without admitting anything regarding the validity of Breen's claims or its adequacy as a class representative, Defendants consent to Breen's intervention in the above action.

6. Nothing in this stipulation either authorizes or prohibits Breen and Plaintiffs from seeking to assert additional claims at a later time.

Respectfully submitted,

Dated: July 29, 2011  GOLD BENNETT CERA & SIDENER LLP

By: /s/ Solomon B. Cera
     Solomon B. Cera

Solomon B. Cera (admitted *pro hac vice*)
scera@gbcslaw.com
C. Andrew Dirksen (admitted *pro hac vice*)
adirksen@gbcslaw.com
GOLD BENNETT CERA AND SIDENER LLP
595 Market St ., Ste. 2300
San Francisco, CA 94105
Tel: (415) 777-2230
Fax: (415) 777-5189

*Attorneys for Plaintiff
Haley Paint Company
and Interim Co-Lead Counsel*

Dated: July 29, 2011

LIEFF, CABRASER,
   HEIMANN & BERNSTEIN, LLP


By:   /s/ *Joseph R. Saveri*
      Joseph R. Saveri

Joseph R. Saveri (admitted *pro hac vice*)
jsaveri@lchb.com
Eric B. Fastiff (admitted *pro hac vice*)
efastiff@lchb.com
Daniel M. Hutchinson
dhutchinson@lchb.com
Embarcadero Center West
275 Battery Street, Suite 2900
San Francisco, California 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

Steven E. Fineman (admitted *pro hac vice*)
sfineman@lchb.com
Daniel E. Seltz (admitted *pro hac vice*)
dseltz@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

*Attorneys for Plaintiff
Isaac Industries, Inc.
and Interim Co-Lead Counsel*

Dated:  July 29, 2011                SHAPIRO SHER GUINOT & SANDLER


By:   /s/ Paul Mark Sandler
         Paul Mark Sandler

Paul Mark Sandler – Bar No. 00145
pms@shapirosher.com
Robert B. Levin – Bar. No. 28905
rbl@shapirosher.com
John J. Lovejoy – Bar No. 28905
jjlovejoy@shapirosher.com
36 South Charles Street
Charles Center South, Suite 2000
Baltimore, MD  21201
Telephone: (410) 385-0202
Facsimile:  (410) 539-7611

*Attorneys for Proposed Intervenor*
*East Coast Colorants LLC*

Dated:  July 29, 2011                HEINS MILLS & OLSON, P.L.C.


By:   /s/ Renae D. Steiner
         Renae D. Steiner

Renae D. Steiner
rsteiner@heinsmills.com
Vincent J. Esades
vesades@heinsmills.com
Scott W. Carlson
scarlson@heinsmills.com
310 Clifton Avenue
Minneapolis, MN  55403
Telephone:  (612) 338-4605
Facsimile:  (612) 338-4692

*Attorneys for Proposed Intervenor*
*East Coast Colorants LLC*

- 4 -

Dated:  July 29, 2011                           HAUBLE LAW, PLLC


                                                By:   /s/ Joshua G. Hauble
                                                      Joshua G. Hauble

                                                Joshua G. Hauble
                                                joshua@haublelaw.com
                                                3009 Holmes Avenue south
                                                Minneapolis, MN  55408
                                                Telephone:  (612) 259-8396
                                                Facsimile:  (612) 827-8916

                                                *Attorneys for Proposed Intervenor*
                                                *East Coast Colorants LLC*


Dated:  July 29, 2011                           CROWELL & MORING LLP


                                                By:   /s/ Shari Ross Lahlou
                                                      Shari Ross Lahlou

                                                Kent A. Gardiner (admitted *pro hac vice*)
                                                kgardiner@crowell.com
                                                Shari Ross Lahlou (16570)
                                                slahlou@crowell.com
                                                Ryan C. Tisch (admitted *pro hac vice*)
                                                rtisch@crowell.com
                                                CROWELL & MORING LLP
                                                1001 Pennsylvania Avenue, N.W.
                                                Washington, D.C. 20004-2595
                                                Telephone: (202) 624-2500
                                                Facsimile: (202) 628-5116

                                                *Attorneys for Defendant*
                                                *E.I. du Pont de Nemours and Company*

Dated: July 29, 2011                         VINSON & ELKINS LLP


                                             By:   /s/ James A. Reeder, Jr.
                                                      James A. Reeder, Jr.

                                             James A. Reeder, Jr. (admitted *pro hac vice*)
                                             jreeder@velaw.com
                                             David T Harvin (admitted *pro hac vice*)
                                             dharvin@velaw.com
                                             VINSON & ELKINS LLP
                                             First City Tower
                                             1001 Fannin Street, Suite 2500
                                             Houston, TX 77002-6760
                                             Telephone: (713) 758-2222
                                             Facsimile: (713) 758-2346

                                             *Attorneys for Defendant Huntsman International LLC*

Dated: July 29, 2011                         LOCKE, LORD, BISSELL & LIDDELL LLP


                                             By:   /s/ Paul E. Coggins
                                                      Paul E. Coggins

                                             Paul E. Coggins
                                             pcoggins@lockelord.com
                                             Kiprian E. Mendrygal
                                             kmendrygal@lockelord.com
                                             Kelly R. Vickers
                                             kvickers@lockelord.com
                                             2200 Ross Avenue, Suite 2200
                                             Dallas, Texas 75201
                                             Telephone: (214) 740-8000
                                             Facsimile: (214) 740-8800

                                             *Attorneys for Defendant Kronos Worldwide Inc.*

Dated:  July 29, 2011                         HAYNES AND BOONE LLP


                                              By:_____
                                                   Richard A. Ripley

                                              Richard A. Ripley (27683)
                                              richard.ripley@haynesboone.com
                                              HAYNES AND BOONE LLP
                                              1615 L Street, N.W., Suite 800
                                              Washington, D.C. 20036
                                              Telephone: (202) 654-4500
                                              Facsimile: (202) 654-4501

                                              *Attorneys for Defendant*
                                              *Millennium Inorganic Chemicals Inc.*


**IT IS HEREBY ORDERED**:

1.   East Coast Colorants LLC d/b/a Breen Color Concentrates is added as a plaintiff and named putative class representative to the above action; and

2.   The claims asserted in the Consolidated Complaint shall be deemed as asserted by East Coast Colorants LLC d/b/a Breen Color Concentrates.

3.   The Defendants' Amended Answers to the Consolidated Complaint shall be deemed to have been filed and served on East Coast Colorants LLC d/b/a Breen Color Concentrates on the respective dates that they were served on Plaintiffs Isaac Industries, Inc. and Haley Paint Company.

4.   East Coast Colorants LLC d/b/a Breen Color Concentrates shall be bound by all previous rulings by this Court, including Case Management Order No. 1 and the Scheduling Order.

**IT IS FURTHER ORDERED** that the Clerk of this Court is directed to add East Coast Colorants LLC d/b/a Breen Color Concentrates as a plaintiff in this matter and, as such, said plaintiff shall be added to this Court's docket and in the caption in all future filings and documents in this case.

Dated:

July 29, 2011

_____
Richard D. Bennett, U.S.D.J.