**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No. 10-CV-00318 (RDB) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Joseph R. Saveri of Saveri Law Firm, enters his appearance of behalf of Plaintiff  East Coast Colorants LLC d/b/a Breen Color Concentrates in the above captioned matter.  Mr. Saveri is admitted to practice pro hac vice in this Court.

It is respectfully requested that copies of all pleadings and notices in this matter be served upon him at the email and/or street addresses provided below.

Dated: June 1, 2012                          Respectfully submitted,

                                             s/ *Joseph R. Saveri*
                                             Joseph R. Saveri
                                             SAVERI LAW FIRM
                                             255 California Street,  Suite 450
                                             San Francisco, CA 94111
                                             Tel. (415) 500-6800
                                             Fax (415) 500-6803
                                             jsaveri@saverilawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that, on June 1, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filing to all CM/ECF participants.

s/ *Joseph R. Saveri*
Joseph R. Saveri
