**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No. 10-CV-00318 (RDB) |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | [PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER NO. 2 |

Now, therefore, good cause appearing, the Court HEREBY ORDERS that the first sentence of the first numbered paragraph of CMO No. 2 (Dkt. No. 106) shall be amended to read as follows:

**I.   Organization of Plaintiffs' Counsel**

1.   <u>Plaintiffs' Interim Co-Lead Class Counsel</u>. Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court hereby appoints the following counsel as Plaintiffs' Interim Co-Lead Class Counsel: Gold Bennett Cera & Sidener LLP; Lieff, Cabraser, Heimann & Bernstein LLP; and Joseph Saveri Law Firm (hereinafter "Plaintiffs' Co-Lead Class Counsel").

Dated: August __7__, 2012

*[signature]*
Honorable Richard D. Bennett
United States District Judge

1