**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Northern Division)**

IN RE TITANIUM DIOXIDE ANTITRUST
LITIGATION

Master Docket No. 10-CV-00318-RDB

THIS DOCUMENT RELATES TO:

All Actions

<u>**DEFENDANTS' MOTION TO AMEND CLASS DEFINITION**</u>

Defendants E. I. du Pont de Nemours and Company ("DuPont"), Huntsman International

LLC ("Huntsman"), Kronos Worldwide, Inc. ("Kronos"), and Cristal USA Inc. (formerly known

as Millennium Inorganic Chemicals, Inc.) ("Cristal USA"), respectfully move that the Court

amend the definition of the class herein to exclude from the class any purchasers who are

precluded from pursuing their claims in this forum by the operation of an arbitration, forum

selection, and/or jury waiver clause in those purchasers' contracts for the purchase of titanium

dioxide.

Specifically, for the reasons set forth in the accompanying memorandum in support, the

Defendants ask that the Court amend the class definition as follows:

> All persons and entities who purchased titanium dioxide in the United States
> directly from one or more Defendants or Tronox, or from any predecessors,
> parents, subsidiaries, or affiliates thereof, between February 1, 2003 and the
> present ("Class Period"), except those persons and entities who purchased
> titanium dioxide in the United States directly from one or more Defendants or
> Tronox, or from any predecessors, parents, subsidiaries, or affiliates thereof,

1

during the Class Period pursuant to a written contract containing (i) an arbitration clause, (ii) a clause restricting the litigation of disputes to courts other than the U.S. District Court for the Northern District of Maryland, and/or (iii) a provision waiving the right to a jury trial.  Also excluded from the Class are Defendants, their coconspirators, parent companies, predecessors, subsidiaries and affiliates, and all governmental entities.

Exclusion of these purchasers from the class is necessary to ensure that the class definition does not improperly include purchasers who would be precluded from participating on an individual basis in this court.

Defendants also pray for such further relief to which they may be justly entitled.

Dated:  November 2, 2012

Respectfully submitted,


_____/s/  David B. Hamilton_____
Kent A. Gardiner
kgardiner@crowell.com
Shari Ross Lahlou
slahlou@crowell.com
John Luke Cuddihy
jcuddihy@crowell.com
Crowell and Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Defendant E.I. du Pont de Nemours*
*& Company*


James L. Cooper
james.cooper@aporter.com
Ryan Z. Watts
ryan.watts@aporter.com
Justin P. Hedge
justin.hedge@aporter.com
Andrew Treaster
andrew.treaster@aporter.com

2

Arnold and Porter LLP
555 Twelfth Street NW
Washington, DC  20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant
Cristal USA Inc.*

Paul Edward Coggins
pcoggins@lockelord.com
Kelly Rothermel Vickers
kvickers@lockelord.com
Locke, Lord, Bissell and Liddell LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

*Attorneys for Defendant Kronos Worldwide Inc.*

David T. Harvin
dharvin@velaw.com
James Arthur Reeder, Jr.
jreeder@velaw.com
Erica T. Krennerich
ekrennerich@velaw.com
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, TX  77002
Telephone: (713) 758-2368
Facsimile: (713) 615-5269

Justin T. Toth
*jtoth@rqn.com*
Ray Quinney & Nebeker PC
36 S. State Street, Suite 1400
Salt Lake City, UT  84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

David B. Hamilton
david.hamilton@wcsr.com
Womble Carlyle Sandridge and Rice LLP
250 W. Pratt Street, Suite 1300
Baltimore, MD  21201
Telephone: (410) 545-5850
Facsimile: (410) 545-5801

*Attorneys for Defendant*
*Huntsman International LLC*