IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: TITANIUM DIOXIDE ANTITRUST LITIGATION | * * * |
| * * * * * * * * | CIVIL ACTION NO.: RDB-10-0318 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | * * * * |
| * * * * * * * * * * * * * * | |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 27th day of November 2012, ORDERED that:

1. The Defendants' Motion to Amend Class Definition (ECF No. 351) is DENIED as not ripe for review;

2. The Defendants may resubmit a motion challenging class definition after class notice has issued and the opt-out period has expired; and

3. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to the parties.

/s/
Richard D. Bennett
United States District Judge