UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE
NORTHERN DIVISION

U.S. COURTHOUSE - CHAMBERS 5D
101 W. LOMBARD STREET
BALTIMORE, MD 21201
TEL: 410-962-3190
FAX: 410-962-3177

November 27, 2012

LETTER ORDER

To Counsel of Record:

Re: In re Titanium Dioxide Antitrust Litigation,
Civil No. RDB-10-0318

Dear Counsel:

This letter will confirm the teleconference held yesterday regarding the status of the case. As we discussed, our next regularly scheduled conference call will be held on Tuesday, December 4th, at 4:30 p.m. EST.

Please note two additional dates that we discussed during the teleconference. First, this Court will hold a hearing on dispositive motions on Tuesday, June 25th, 2013, at 10:00 a.m. EST. Second, in the event that the parties are unable to agree on the language of the Class Notice over the course of this week, then each party should file their proposed forms of Class Notice, including both the long form and the short form notice, on Monday, December 3rd, and this Court will make a determination as to the appropriate form of the Class Notice.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

/s/ *signature*

Richard D. Bennett
United States District Judge