**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No. 10-CV-00318 (RDB) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING EXPERT DISCLOSURES**

IT IS HEREBY STIPULATED BY AND AGREED among the parties hereto, through their undersigned counsel, as follows:

1.   Defendants shall serve their Rule 26(a)(2) Expert Designations and Disclosures on or before December 21, 2012, instead of December 7, 2012, as currently contemplated by the Court's Case Schedule Order, dated August 17, 2012 (ECF No. 330) ("Case Schedule").

2.   Plaintiffs shall serve their Rebuttal Rule 26(a)(2) Expert Disclosures on or before January 29, 2013, instead of January 15, 2013, as currently contemplated by the Case Schedule.  (See id.)

3.   The Expert Discovery Deadline shall be March 1, 2013, instead of the current February 15, 2013 deadline contemplated by the Case Schedule.  (See id.)

4. All other deadlines set forth in the Case Schedule are not modified and remain in effect.

Respectfully submitted,

Dated: November 30, 2012          GOLD BENNETT CERA AND SIDENER, LLP

By:   /s/
    Solomon B. Cera

Solomon B. Cera (admitted *pro hac vice*)
scera@gbcslaw.com
C. Andrew Dirksen (admitted *pro hac vice*)
adirksen@gbcslaw.com
GOLD BENNETT CERA AND SIDENER, LLP
595 Market St ., Ste. 2300
San Francisco, CA 94105
Tel: (415) 777-2230
Fax: (415) 777-5189

*Co-Lead Counsel*

Dated: November 30, 2012          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   /s/
    Eric B. Fastiff

Eric B. Fastiff (admitted *pro hac vice*)
efastiff@lchb.com
Daniel M. Hutchinson (admitted *pro hac vice*)
dhutchinson@lchb.com
Eduardo E. Santacana (admitted *pro hac vice*)
esantacana@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th floor
San Francisco, California 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

*Co-Lead Counsel*

| | |
|---|---|
| Dated: November 30, 2012 | SAVERI LAW FIRM |
| | By: /s/ |
| |     Joseph R. Saveri |
| | |
| | Joseph R. Saveri (admitted *pro hac vice*) |
| | jsaveri@saverilawfirm.com |
| | Lisa L. Leebove (admitted *pro hac vice*) |
| | lleebove@saverilawfirm.com |
| | SAVERI LAW FIRM |
| | 255 California St., Ste. 450 |
| | San Francisco, California 94111 |
| | Tel: (415) 500-6800 |
| | Fax: (415) 500-6803 |
| | |
| | *Co-Lead Counsel* |
| | |
| Dated: November 30, 2012 | SHAPIRO SHER GUINOT & SANDLER |
| | By: /s/ |
| |     Paul M. Sandler |
| | |
| | Paul M. Sandler (admitted *pro hac vice*) |
| | pms@shapirosher.com |
| | Robert B. Levin (admitted *pro hac vice*) |
| | rbl@shapirosher.com |
| | SHAPIRO SHER GUINOT & SANDLER |
| | 36 South Charles Street, Suite 2000 |
| | Baltimore, Maryland 21201 |
| | Tel: (410) 385-0202 |
| | Fax: (410) 539-7611 |
| | |
| | *Plaintiffs' Liaison Counsel* |

BERGER & MONTAGUE, P.C.

Eric L. Cramer (admitted *pro hac vice*)
ecramer@bm.net
Michael C. Dell'Angelo (admitted *pro hac vice*)
mdellangelo@bm.net
Daniel Walker (admitted *pro hac vice*)
dwalker@bm.net
Matthew P. McCahill (admitted *pro hac vice*)
mmccahill@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (415) 875-4604

*Plaintiffs' Executive Committee*


GRANT & EISENHOFER, P.A.

Linda Nussbaum (admitted *pro hac vice*)
lnussbaum@gelaw.com
GRANT & EISENHOFER, P.A.
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

*Plaintiffs' Executive Committee*

Dated: November 30, 2012          CROWELL & MORING LLP

By:   /s/ Shari Ross Lahlou
       Shari Ross Lahlou

Kent A. Gardiner (admitted *pro hac vice)*
kgardiner@crowell.com
Shari Ross Lahlou (16570)
slahlou@crowell.com
John Luke Cuddihy (16075)
jcuddihy@crowell.com
Lucy Grace Noyola (admitted *pro hac vice*)
lnoyola@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116


CRAVATH, SWAINE & MOORE LLP

Evan R. Chesler (admitted *pro hac vice*)
echesler@cravath.com
Darin P. McAtee (admitted *pro hac vice*)
dmcatee@cravath.com
Timothy G. Cameron (admitted *pro hac vice*)
tcameron@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant*
*E. I. du Pont de Nemours and Company*

Dated: November 30, 2012                    ARNOLD and PORTER LLP

                                            By:   /s/ Ryan Z. Watts
                                                  Ryan Z. Watts

                                            James L. Cooper (admitted *pro hac vice*)
                                            james.cooper@aporter.com
                                            Ryan Z. Watts (admitted *pro hac vice*)
                                            ryan.watts@aporter.com
                                            Justin P. Hedge (admitted *pro hac vice*)
                                            justin.hedge@aporter.com
                                            Andrew Treaster (admitted *pro hac vice*)
                                            andrew.treaster@aporter.com
                                            ARNOLD and PORTER LLP
                                            555 Twelfth Street NW
                                            Washington, D.C. 20004
                                            Telephone: (202) 942-5000
                                            Facsimile: (202) 942-5999

                                            *Attorneys for Defendant Cristal USA Inc.*

Dated: November 30, 2012                    VINSON & ELKINS LLP

                                            By:   /s/ James A. Reeder, Jr.
                                                  James A. Reeder, Jr.

                                            David T. Harvin (admitted *pro hac vice*)
                                            dharvin@velaw.com
                                            James A. Reeder, Jr. (admitted *pro hac vice*)
                                            jreeder@velaw.com
                                            Erica T. Krennerich (admitted *pro hac vice*)
                                            ekrennerich@velaw.com
                                            VINSON & ELKINS LLP
                                            1001 Fannin Street, Suite 2500
                                            Houston, TX 77002-6760
                                            Telephone: (713) 758-2368
                                            Facsimile: (713) 615-5269

RAY QUINNEY & NEBEKER PC

Justin T. Toth (admitted *pro hac vice*)
jtoth@rqn.com
Ray Quinney & Nebeker PC
36 S. State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543


WOMBLE CARLYLE SANDRIDGE AND RICE PLLC

David B. Hamilton (04308)
david.hamilton@wcsr.com
Womble Carlyle Sandridge and Rice PLLC
250 W. Pratt Street, Suite 1300
Baltimore, MD 21201
Telephone: (410) 545-5850
Facsimile: (410) 545-5801

*Attorneys for Defendant Huntsman International LLC*

|  |  |
|---|---|
| Dated: November 30, 2012 | LOCKE LORD LLP |
|  | By: /s/ Kelly R. Vickers |
|  | Kelly R. Vickers |

Paul Edward Coggins (admitted *pro hac vice*)
pcoggins@lockelord.com
Kelly R. Vickers (admitted *pro hac vice*)
kvickers@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

*Attorneys for Defendant Kronos Worldwide Inc.*

SO ORDERED:

Dated: December __, 2012            Richard D. Bennett
United States District Judge