## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF                                    U.S. COURTHOUSE - CHAMBERS 5D
RICHARD D. BENNETT                                    101 W. LOMBARD STREET
UNITED STATES DISTRICT JUDGE                          BALTIMORE, MD 21201
NORTHERN DIVISION                                     TEL: 410-962-3190
                                                      FAX: 410-962-3177

December 4, 2012

### LETTER ORDER

To Counsel of Record:

      Re:     In re Titanium Dioxide Antitrust Litigation,
              Civil No. RDB-10-0318

Dear Counsel:

      This letter will confirm the teleconference held yesterday regarding the status of the case.  As we discussed, our next regularly scheduled conference call will be held on Tuesday, January 15, 2013, at 5:00 p.m. EST.

      Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

      Sincerely,

      _____/s/_____
      Richard D. Bennett
      United States District Judge