UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No. 10-CV-00318 (RDB) |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

STIPULATION AND [PROPOSED] ORDER
REGARDING EXPERT DISCLOSURES

IT IS HEREBY STIPULATED BY AND AGREED among the parties hereto, through their undersigned counsel, as follows:

1. Defendants shall serve their Rule 26(a)(2) Expert Designations and Disclosures on or before December 21, 2012, instead of December 7, 2012, as currently contemplated by the Court's Case Schedule Order, dated August 17, 2012 (ECF No. 330) ("Case Schedule").

2. Plaintiffs shall serve their Rebuttal Rule 26(a)(2) Expert Disclosures on or before January 29, 2013, instead of January 15, 2013, as currently contemplated by the Case Schedule. (See id.)

3. The Expert Discovery Deadline shall be March 1, 2013, instead of the current February 15, 2013 deadline contemplated by the Case Schedule. (See id.)

Request GRANTED This 5th Day of December, 2012.

Richard D. Bennett
United States District Judge

4.      All other deadlines set forth in the Case Schedule are not modified and remain in effect.

Respectfully submitted,

Dated: November 30, 2012            GOLD BENNETT CERA AND SIDENER, LLP

By:   /s/
      Solomon B. Cera

Solomon B. Cera (admitted *pro hac vice*)
scera@gbcslaw.com
C. Andrew Dirksen (admitted *pro hac vice*)
adirksen@gbcslaw.com
GOLD BENNETT CERA AND SIDENER, LLP
595 Market St., Ste. 2300
San Francisco, CA 94105
Tel: (415) 777-2230
Fax: (415) 777-5189

*Co-Lead Counsel*

Dated: November 30, 2012            LIEFF, CABRASER, HEIMANN &
                                    BERNSTEIN, LLP

By:   /s/
      Eric B. Fastiff

Eric B. Fastiff (admitted *pro hac vice*)
efastiff@lchb.com
Daniel M. Hutchinson (admitted *pro hac vice*)
dhutchinson@lchb.com
Eduardo E. Santacana (admitted *pro hac vice*)
esantacana@lchb.com
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th floor
San Francisco, California 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

*Co-Lead Counsel*

Dated: November 30, 2012                SAVERI LAW FIRM

                                        By:    /s/
                                               Joseph R. Saveri

                                        Joseph R. Saveri (admitted *pro hac vice*)
                                        jsaveri@saverilawfirm.com
                                        Lisa L. Leebove (admitted *pro hac vice*)
                                        lleebove@saverilawfirm.com
                                        SAVERI LAW FIRM
                                        255 California St., Ste. 450
                                        San Francisco, California 94111
                                        Tel: (415) 500-6800
                                        Fax: (415) 500-6803

                                        *Co-Lead Counsel*

Dated: November 30, 2012                SHAPIRO SHER GUINOT & SANDLER

                                        By:    /s/
                                               Paul M. Sandler

                                        Paul M. Sandler (admitted *pro hac vice*)
                                        pms@shapirosher.com
                                        Robert B. Levin (admitted *pro hac vice*)
                                        rbl@shapirosher.com
                                        SHAPIRO SHER GUINOT & SANDLER
                                        36 South Charles Street, Suite 2000
                                        Baltimore, Maryland 21201
                                        Tel: (410) 385-0202
                                        Fax: (410) 539-7611

                                        *Plaintiffs' Liaison Counsel*

BERGER & MONTAGUE, P.C.

Eric L. Cramer (admitted *pro hac vice*)
ecramer@bm.net
Michael C. Dell'Angelo (admitted *pro hac vice*)
mdellangelo@bm.net
Daniel Walker (admitted *pro hac vice*)
dwalker@bm.net
Matthew P. McCahill (admitted *pro hac vice*)
mmccahill@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (415) 875-4604

*Plaintiffs' Executive Committee*


GRANT & EISENHOFER, P.A.

Linda Nussbaum (admitted *pro hac vice*)
lnussbaum@gelaw.com
GRANT & EISENHOFER, P.A.
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

*Plaintiffs' Executive Committee*

Dated: November 30, 2012        CROWELL & MORING LLP

                                         By:    /s/ Shari Ross Lahlou
                                                           Shari Ross Lahlou

Kent A. Gardiner (admitted *pro hac vice*)
kgardiner@crowell.com
Shari Ross Lahlou (16570)
slahlou@crowell.com
John Luke Cuddihy (16075)
jcuddihy@crowell.com
Lucy Grace Noyola (admitted *pro hac vice*)
lnoyola@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116


CRAVATH, SWAINE & MOORE LLP

Evan R. Chesler (admitted *pro hac vice*)
echesler@cravath.com
Darin P. McAtee (admitted *pro hac vice*)
dmcatee@cravath.com
Timothy G. Cameron (admitted *pro hac vice*)
tcameron@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant
E. I. du Pont de Nemours and Company*

Dated: November 30, 2012              ARNOLD and PORTER LLP

                                      By:   /s/ Ryan Z. Watts
                                             Ryan Z. Watts

                                      James L. Cooper (admitted *pro hac vice*)
                                      james.cooper@aporter.com
                                      Ryan Z. Watts (admitted *pro hac vice*)
                                      ryan.watts@aporter.com
                                      Justin P. Hedge (admitted *pro hac vice*)
                                      justin.hedge@aporter.com
                                      Andrew Treaster (admitted *pro hac vice*)
                                      andrew.treaster@aporter.com
                                      ARNOLD and PORTER LLP
                                      555 Twelfth Street NW
                                      Washington, D.C. 20004
                                      Telephone: (202) 942-5000
                                      Facsimile: (202) 942-5999

                                      *Attorneys for Defendant Cristal USA Inc.*


Dated: November 30, 2012              VINSON & ELKINS LLP

                                      By:   /s/ James A. Reeder, Jr.
                                             James A. Reeder, Jr.

                                      David T. Harvin (admitted *pro hac vice*)
                                      dharvin@velaw.com
                                      James A. Reeder, Jr. (admitted *pro hac vice*)
                                      jreeder@velaw.com
                                      Erica T. Krennerich (admitted *pro hac vice*)
                                      ekrennerich@velaw.com
                                      VINSON & ELKINS LLP
                                      1001 Fannin Street, Suite 2500
                                      Houston, TX 77002-6760
                                      Telephone: (713) 758-2368
                                      Facsimile: (713) 615-5269

RAY QUINNEY & NEBEKER PC

Justin T. Toth (admitted *pro hac vice*)
jtoth@rqn.com
Ray Quinney & Nebeker PC
36 S. State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543


WOMBLE CARLYLE SANDRIDGE AND RICE PLLC

David B. Hamilton (04308)
david.hamilton@wcsr.com
Womble Carlyle Sandridge and Rice PLLC
250 W. Pratt Street, Suite 1300
Baltimore, MD 21201
Telephone: (410) 545-5850
Facsimile: (410) 545-5801

*Attorneys for Defendant Huntsman International LLC*

Dated: November 30, 2012                LOCKE LORD LLP

                                        By:   /s/ Kelly R. Vickers
                                              Kelly R. Vickers

                                        Paul Edward Coggins (admitted *pro hac vice*)
                                        pcoggins@lockelord.com
                                        Kelly R. Vickers (admitted *pro hac vice*)
                                        kvickers@lockelord.com
                                        LOCKE LORD LLP
                                        2200 Ross Avenue, Suite 2200
                                        Dallas, Texas 75201
                                        Telephone: (214) 740-8000
                                        Facsimile: (214) 740-8800

                                        *Attorneys for Defendant Kronos Worldwide Inc.*

SO ORDERED:

Dated: December __, 2012                Richard D. Bennett
                                        United States District Judge