FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### (Northern Division)

2012 DEC -5 P 1: 01

CLERK'S OFFICE
AT BALTIMORE

IN RE: TITANIUM DIOXIDE ANTITRUST LITIGATION

Master Docket No. 10-CV-00318 (RDB)   DEPUTY

THIS DOCUMENT RELATES TO:

All Actions

## ORDER APPROVING DISSEMINATION
## OF CLASS NOTICES AND SETTING DEADLINES

It is hereby ORDERED AND DECREED as follows:

1.  The Court approves, as to form and content, the Notice and Summary Notice (the "Notices"), attached hereto as Exhibits A and B, respectively, the forms of which the parties have agreed upon.

2.  The Notice attached as Exhibit A shall be mailed by first class mail, postage prepaid, on or before January 11, 2013 to all members of the Class identified by the Defendants, including to the names and addresses of Class members which are derived from the electronic transactional information produced by Defendants in this litigation. The Notice shall also be provided to all persons who request it in response to the published Summary Notice provided for in Paragraph 3 herein.

3.  Class Counsel are hereby directed to cause a Summary Notice, in the form attached hereto as Exhibit B, to be published, on or before January 18, 2013, on one occasion each, in the national edition of *The Wall Street Journal* and in *PCI Magazine* (also known as Paint & Coatings Industry Magazine) and *ICIS Chemical Business* magazine.

-1-

#126593

4.    Within **30 days** after publication of the Summary Notice, Class Plaintiffs' counsel shall

cause to be filed with the Clerk of this Court, and served upon counsel for defendants,

affidavits or declarations of the person under whose general direction the mailing of the

Notice and the publication of the Summary Notice were made, showing that mailing and

publication were made in accordance with this Order.

5.    All requests for exclusion from Class members shall be postmarked no later than

February 25, 2013, and shall otherwise comply with the requirements set forth in the

Notices.

6.    Gilardi & Co. LLC (www.gilardi.com), which has been selected by Class Counsel, is

approved to serve as Administrator for purposes of disseminating the Class notices and

providing related administrative tasks.  The Class Plaintiffs shall bear the cost of

providing notice.

SO ORDERED.

Dated: December **4**, 2012

_Ric D. Bennett_

Richard D. Bennett
United States District Judge

#126593