

SHAPIRO
SHER
GUINOT &
SANDLER

Robert B. Levin
Direct Dial: 410.385.4285
rbl@shapirosher.com

36 S. Charles Street
Suite 2000
Baltimore, Maryland
21201-3147
Telephone: 410.385.0202
Facsimile: 410.539.7611

January 9, 2013

**_VIA CM/ECF_**
Honorable Richard D. Bennett
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 West Lombard Street, Chambers 5D
Garmatz Federal Courthouse
Baltimore, Maryland 21201

      Re: *In re Titanium Dioxide Antitrust Litigation*
          Master Dkt. No. 10-CV-318 (RDB)

Dear Judge Bennett:

    Plaintiffs submit this letter in connection with the telephonic case management conference in the above-referenced matter set for Tuesday, January 15, 2013, at 5:00 p.m.

    On December 21, 2012, Defendants disclosed four experts whose reports total approximately 400 pages and are accompanied by thousands of pages of supporting materials. In order for Plaintiffs' experts to have sufficient time to prepare their rebuttal reports[1], Plaintiffs request the Court's approval of the following revised schedule to which Defendants have agreed. The proposed schedule revisions do not change any other dates including the motions hearing date and trial date. The proposed revised schedule is as follows:

| Event | Date |
|---|---|
| Plaintiffs' Rebuttal Rule 26(a)(2) Expert Disclosures | **Monday, February 18, 2013**<br>[Existing date: January 29, 2013] |
| Depositions of Plaintiffs' Experts on Rebuttal Reports | **Thursday, March 14, 2013**<br>[Existing date: 30 days after disclosure] |

---

[1] Plaintiffs intend to submit rebuttal expert reports from Plaintiffs' previously disclosed experts Dr. Lamb and Dr. Hamilton, and potentially a third rebuttal report from a new rebuttal expert. Defendants reserve all rights to object to Plaintiffs' rebuttal experts.



SHAPIRO
SHER
GUINOT &
SANDLER

Honorable Richard D. Bennett
January 9, 2013
Page 2

| Event | Date |
| --- | --- |
| Expert Discovery Deadline | **Thursday, March 14, 2013** [Existing date: March 1, 2013] |
| Last Day to File Dispositive Pretrial Motions | **Monday, March 18, 2013** [Existing date: March 1, 2013] |
| Responses to Dispositive Motions due | **Tuesday, April 23, 2013** [Existing date: April 22, 2013] |
| Reply to Responses to Dispositive Motions due | **Tuesday, June 4, 2013** [Existing date: May 31, 2013] |
| Hearing on Motions | **June 25, 2012** [Unchanged] |
| Pre-Trial Conference | **Monday, August 26, 2013 at 4:30 pm** [Unchanged] |
| Trial | **Monday, September 9, 2013 through Friday, October 4, 2013** [Unchanged] |

    The parties have also discussed the issue of possible page limitations for summary judgment briefing, so that the Court and counsel will not be burdened by duplicative filings. Based on those discussions, counsel for Plaintiffs and Defendants may have some proposals to present during the January 15 conference call.

    We look forward to addressing these matters with the Court and counsel on January 15.

                                                    Respectfully,

                                                   /s/ Robert B. Levin

RBL/kmm
cc:     All counsel of record (via CM/ECF)