# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE
NORTHERN DIVISION

U.S. COURTHOUSE - CHAMBERS 5D
101 W. LOMBARD STREET
BALTIMORE, MD 21201
TEL: 410-962-3190
FAX: 410-962-3177

January 16, 2013

**LETTER ORDER**

To Counsel of Record:

    Re:    In re Titanium Dioxide Antitrust Litigation,
              Civil No. RDB-10-0318

Dear Counsel:

    This letter will confirm the teleconference held yesterday regarding the status of the case. As we discussed, our next regularly scheduled conference call will be held on Monday, February 11, 2013, at 4:00 p.m. Additionally, if necessary, this Court is prepared to hold a hearing on any outstanding discovery disputes on Monday, March 4, 2013. Please keep that day clear for the possibility of an all-day hearing.

    Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

                            Sincerely,

                            */s/ Richard D. Bennett*
                            Richard D. Bennett
                            United States District Judge