UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **IN RE: TITANIUM DIOXIDE ANTITRUST LITIGATION** | Master Docket No. 10–CV–00318(RDB) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## NOTICE OF CHANGE OF LAW FIRM NAME AND ADDRESS

TO THE COURT AND THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Saveri Law Firm, attorneys for Plaintiff East Coast Colorants, LLC d/b/a Breen Color Concentrates, has changed its name to the Joseph Saveri Law Firm.

The firm's address has also changed. The new address is:

Joseph Saveri Law Firm
505 Montgomery Street, Suite 625
San Francisco, CA 94111.

The firm's telephone number, new fax number and email address are as follows:

Tel: (415) 500-6800
Fax: (415) 395-9940
Email: jsaveri@saverilawfirm.com

The firm requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served to the address listed above.

Dated: January 22, 2013                     By:     /s/ *Joseph R. Saveri*
                                                              Joseph R. Saveri
                                                              Lisa J. Leebove
                                                              Kevin E. Rayhill
                                                              JOSEPH SAVERI LAW FIRM
                                                             Joseph R. Saveri (Admitted *Pro Hac Vice*)
                                                             505 Montgomery Street, Suite 625
                                                             San Francisco, CA 94111
                                                             Tel: (415) 500-6800
                                                             Fax: (415) 395-9940
                                                             jsaveri@saverilawfirm.com
                                                             lleebove@saverilawfirm.com
                                                             krayhill@saverilawfirm.com