UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN RE: TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No. 10-CV-00318 (RDB) |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | [PROPOSED] ORDER GRANTING EDUARDO E. SANTACANA'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE |

Upon consideration of Eduardo E. Santacana's *Motion for Leave to Withdraw Appearance*, it is hereby

ORDERED, that said Motion is hereby GRANTED on this __30TH__ day of __January__, 2013.

_/s/ Richard D. Bennett_
Hon. Richard D. Bennett
United States District Judge