**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| **IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br> **All Actions** | **Master Docket No. 10-CV-00318-RDB** |

## ENTRY OF APPEARANCE

Please enter the appearance of John B. Isbister of Tydings & Rosenberg LLP as counsel for Defendant E. I. du Pont de Nemours and Company.

Dated:   02/21/13

                                        / s /
                                  John B. Isbister (Bar No. 00639)
                                  jisbister@tydingslaw.com
                                  Tydings & Rosenberg LLP
                                  100 East Pratt Street, 26th Floor
                                  Baltimore, MD  21202
                                  Tel:  410-752-9700
                                  Fax: 410-727-5460

                                  *Counsel for E. I. du Pont*
                                  *de Nemours and Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2012, a copy of the foregoing Entry of Appearance was served on all counsel of record via the court's electronic filing system.

                                        / s /
                                  John B. Isbister

#1929260v.1