IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Haley Paint Company                              *
           **Plaintiff(s)**
                                                 *     Case No.: 10-CV-00318-RDB
           vs.
                                                 *
E.I. Dupont De Nemours and Company, et al.
           **Defendant(s)**                      *

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert A. Stolworthy, Jr., am a member in good standing of the bar of this Court.

My bar number is 29314   I am moving the admission of Anne P. Davis to appear *pro hac vice* in this case as counsel for Cristal USA Inc. (formerly known as Millennium Inorganic Chemicals Inc.).

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| Massachusetts, 1997 (Inactive) | District of Colorado, 1998 |
| New York, 1998 | |
| District of Columbia (1999) | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or N/A_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

MOVANT

_____
Signature

Robert A. Stolworthy, Jr.
Printed Name

Arnold & Porter LLP
Firm

555 Twelfth Street, N.W.
Address

Washington, DC  20004
City, State, Zip Code

(202) 942-5000
Telephone Number

(202) 942-5999
Fax Number

Robert.Stolworthy@aporter.com
Email Address

PROPOSED ADMITTEE

_____
Signature

Anne P. Davis
Printed Name

Arnold & Porter LLP
Firm

555 Twelfth Street, N.W.
Address

Washington, DC  20004
City, State, Zip Code

(202) 942-5000
Telephone Number

(202) 942-5999
Fax Number

Anne.Davis@aporter.com
Email Address

U.S. District Court (Rev. 8/2011) – Pro Hac Vice                                                                 Page 2 of 2