UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE
NORTHERN DIVISION

U.S. COURTHOUSE - CHAMBERS 5D
101 W. LOMBARD STREET
BALTIMORE, MD 21201
TEL: 410-962-3190
FAX: 410-962-3177

March 4, 2013

LETTER ORDER

To Counsel of Record:

    Re:    In re Titanium Dioxide Antitrust Litigation,
             Civil No. RDB-10-0318

Dear Counsel:

      This letter confirms that this Court held a hearing on the record today regarding the issue of the Defendants' request for an order compelling the Plaintiffs to provide sufficient responses to Defendants' contention interrogatories. While such an order will not be issued, this Court set out the procedural limitations on both parties regarding the information produced during discovery, and the record of this hearing will make those limitations clear.

      At the close of this hearing, the parties indicated that they intend to file motions regarding the experts retained by each side. Considering that these motions should be addressed prior to this Court's ruling on any dispositive pretrial motions, the following dates have been scheduled for each set of motions:

**Motions Regarding Expert Issues:**
- Friday, March 22, 2013: Last day to file motions regarding expert issues;
- Friday, March 29, 2013: Responses in opposition to these motions due;
- Friday, April 5, 2013: Replies due;
- Friday, April 12, 2013 at 10:00 a.m.: Hearing on expert motions.

**Dispositive Pretrial Motions:**
- Friday, April 19, 2013: Last day to file dispositive pretrial motions;
- Friday, May 17, 2013: Responses to dispositive pretrial motions due;
- Friday, June 7, 2013: Replies due;
- Tuesday, June 25, 2013 at 10:00 a.m.: Hearing on dispositive pretrial motions.

Any motions regarding expert issues should be **twenty-five pages or fewer.** The next regularly scheduled telephone conference will be held Monday, March 18, at 4:30 p.m.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

_____/s/_____
Richard D. Bennett
United States District Judge