# EXHIBIT A

Gilardi & Co LLC

***Titanium Dioxide Antitrust Litigation***
**Requests For Exclusion Received**

1) **Colortech**
*5712 Commerce Blvd.*
*Morristown, TN 37814-1049*

*8027 Dixie Road*
*Brampton, Ontario*
*L6T3V1 Canada*

2) **Deeks & Company, Inc.**
*4748 Lewis Rd*
*Stone Mountain, GA 30083*

3) **Harry W. Gaffney & Co., Inc.**
*PO Box 700*
*Hatboro, PA 19040*

4) **MD Papeis**
*Tancredo Almeida Neves*
*km 34*
*Caieiras*
*Sao Paulo, CEP 07700-000*

5) **Siapoc**
*Zone de Californie - ACAJOU*
*Le Lamentin, Martinique*
*West Indies, 97232*

6) **Helm De Mexico S.A**
*Proton No. 2*
*Parque Industrial Naucalpan*
*Naucalpan, Edo. De Mexico*
*53489, Mexico*

7) **Intercom Comercio de Produtos Quimicos Ltda.**
*Av. Fagundes Filho, 77 7*
*And. - Conj. 71/72/73 - CEP 04304-010*
*Sao Judas - Sao Paulo*

8) **Benjamin Moore Paints**
*101 Paragon Drive*
*Montvale, NJ 07645*

9) **Colorco**
*1261 W. Elizabeth Avenue*
*Linden, New Jersey 07036*

10) **Valspar**
*The Valspar Corporation*
*PO Box 1461*
*Minneapolis, Minnesota 55440*

*Color Corporation of American*
*1400 N. State St*
*Marengo, Illinois 60152*

*The Valspar Corporation Limitada*
*Estrada dos Casa, 5050 Bairro Alvarenga*
*Sao Bernardo do Campo*
*Sao Paulo, 09840-900 Brazil*

*Valspar, Inc*
*7655 Tranmere Drive*
*Mississauga, ON*
*L5s 1L4 Canada*

*Valspar Sourcing*
*PO Box 230*
*Minneapolis, Minnesota 55440*

*Engineered Polymer Solutions, Inc*
*1400 N. State St.*
*Marengo, Illinois 60152*

*Valspar Refinish*
*210 Crosby Street*
*Picayune, MS 349466*

Gilardi & Co LLC

***Titanium Dioxide Antitrust Litigation***
**Requests For Exclusion Received**

*Plati-Kote Company,Inc*
*1000 Lake Road*
*Medina, OH 44256*

**11) Edge Chem**
*18 Carifta Avenue*
*Nanse Pen*
*Industrial Estate*
*PO Box 392*
*Kindston 11, Jamaica, West Indies*

colortech
A PPM COMPANY

Date: January 18, 2013

To: Titanium Dioxide Antitrust Litigation Administrator

From: Jason Spoone, Controller

Ref.: Titanium Dioxide Antitrust Litigation – Civil Action No. RDB-0318

Please exclude Colortech, Inc. and Colortech, Inc.-US, located at 5712 Commerce Blvd. Morristown, TN 37814-1049, from the class action lawsuit, Civil Action No. RDG-0318, regarding the Titanium Dioxide Antitrust Litigation.

Please feel free to contact me if you have any questions.

Thank you

Jason Spoone

Controller
Colortech, Inc.
5712 Commerce Blvd.
Morristown, TN 37814-1049

Tel.: (423) 318-8746
Email: jspoone@colortech.com

# DEEKS & COMPANY, INC.

January 23, 2013

Titanium Dioxide Antitrust Litigation Administrator
c/o Gilardi & Co., LLC
P. O. Box 8090
San Rafael, CA 94912-8090

To whom it may concern:

Please be advised that Deeks & Company, Inc. wishes to be excluded from the Class regarding the Titanium Dioxide Antitrust Litigation.

Thank you for you assistance in this matter.

Donna Boldt

Donna Boldt
President
Deeks & Company, Inc.

4748 LEWIS RD.
STONE MOUNTAIN, GA. 30083
(770) 938-3100
FAX (770) 491-6238

1709 BLANDWOOD DR.
HIGH POINT, N.C. 27260
(336) 885-8185
FAX (336) 887-7592

520 CENTRAL AVE.
NASHVILLE, TN. 37211
(615) 242-0464
FAX (615) 254-5118

7601-A INDUSTRIAL LANE
TAMPA, FLORIDA 33617
(813) 987-9000
FAX (813) 987-9027

Donna
cc Jim
cc Dennis

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION | Civil Action No.: RDB-10-0318 |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

RECEIVED
JAN - 4 2013
DEEKS & CO.

## NOTICE OF PENDENCY OF CLASS ACTION

**YOU ARE A CLASS MEMBER IN THIS LAWSUIT IF YOU PURCHASED TITANIUM DIOXIDE IN THE UNITED STATES DURING THE PERIOD FROM FEBRUARY 1, 2003 THROUGH THE PRESENT DIRECTLY FROM ANY OF THE FOLLOWING COMPANIES:**

- **Cristal USA Inc. (or Millennium Inorganic Chemicals Inc.)**
- **E. I. du Pont de Nemours & Co.**
- **Huntsman International LLC (or Huntsman Tioxide)**
- **Kronos Worldwide Inc.**
- **Tronox, Inc. (or Kerr-McGee Corporation)**

**IF THIS DESCRIPTION APPLIES TO YOU, TAKE CARE TO READ THIS NOTICE CAREFULLY IN ITS ENTIRETY. IT MAY AFFECT YOUR RIGHTS.**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, NOTICE IS HEREBY GIVEN that by Order dated August 28, 2012, the Court has certified a litigation Class in this case pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure. If you purchased titanium dioxide directly from any of the companies identified above (or from any of their predecessors, parents, subsidiaries, or affiliates) in the United States during the period from February 1, 2003 through the present (the "Class Period"), then you are a member of the Class.

**IMPORTANT NOTE**: Nothing in this notice, or in the Court's order granting class certification, expresses any opinion by the Court as to the merits of the claims or defenses asserted by either the Plaintiffs or Defendants. Instead, the Court is issuing this notice to provide the necessary information so that you may make an informed decision regarding your legal rights in connection with this litigation.

Your options with respect to this class action are described later in this Notice (Section III). In summary, your rights are to:

- Remain a member of the Class, in which case you will be bound by any judgment, whether favorable or unfavorable, to the Class. If you remain in the Class, you will be able to share in any settlement or favorable judgment;
- Exclude yourself from the Class, in which case you will not be a member of the Class for any purpose; or
- Enter an appearance as a Class member in the litigation through your own counsel at your own expense.

HARRY W. GAFFNEY & CO., INC.

**MANUFACTURERS REPRESENTATIVES AND DISTRIBUTORS**
CHEMICALS • PACKAGING
*SERVICE IS OUR BUSINESS SINCE 1922*

P. O. BOX 700 • HATBORO, PA 19040
215-674-2000 • FAX 215-674-2009 • www.hwgco.com
WAREHOUSE • 395 JACKSONVILLE ROAD • WARMINSTER, PA 18974

2/4/13

Titanium Dioxide Antitrust Litigation Administrator
c/o Gilardi & Co, LLC
P.O. Box 8090
San, Rafael, CA 94912 – 8090

To whom it may concern,

As Owner and CEO of Harry W. Gaffney & Co., Inc. I am submitting this request for exclusion to the Titanium Dioxide Antitrust Litigation. Please remove this company, Harry W. Gaffney & Co., Inc., from the Class. Thank you.

Best regards,
Harry W. Gaffney & Co., Inc.

F. Patrick Gaffney
CEO

MD PAPÉIS

São Paulo, February 15th, 2013

**TITANIUM DIOXIDE ANTITRUST LITIGATION ADMINISTRATOR**
**c/o Gilardi & Co. LLC**
**P.O.BOX 8090**
**San Rafael, CA 94912-8090**

Re: Civil Action nº RDB-10-0318

Dear Sirs,

Reference is made to the Notice of Pendency of Class Action, dated of January 11, 2013, received by **MD PAPÉIS LTDA.**, a company existing and duly organized under the laws of Brazil, with its headquarter at Rua Gomes de Carvalho, nº 1.306, 8º andar, conjunto 81, Vila Olímpia, CEP 04547-005, phone number 55-11-3048-8337 and address at Tancredo Almeida Neves, km 34, Caieiras, São Paulo, CEP 07700-000, enrolled in the General Taxpayers' Registry (CNPJ/MF) under no. 72.907.595/0001-74, herein represented in accordance with its By-Laws, by Mr. Américo Relvas da Rocha hereinafter referred to as "MD PAPÉIS, on February 1, 2013.

**MD PAPÉIS** expressly requests its EXCLUSION from the Class, as well as all trade names or business names and addresses related to or referred to **MD PAPÉIS**.

If you have any doubts or require any clarification, kindly call at 55-11-3048-8337 or email to fcassiani@andradeboim.com.br.

Yours very truly,

Américo Relvas da Rocha
**Executive Officer**

Francisco Cassiani Filho
**Chief Legal Officer**

SIAPOC
LES PEINTURES TROPICALES

Couleurs Créoles Couleurs Créoles Couleurs Créoles

**Titanium Dioxyde Antitrust Laigation Administrator**
**c/o GilardiCo., LLC**
**P.O. Box 8090**
**San Rafael, CA 94912-8090**

Lamentin, 2013 february 4th

Ref. : BM/02/2013

Subject : Class Action against Titanium Dioxyde Suppliers

Dear Sirs,

We received your letter concerning the Class Action set against the different suppliers of Titanium Dioxyde (Cristal, Dupont de Neumoursq, Hunstman, Kronos, Tronox).

I want to let you know that we decided to exclude ourselves from the Class, and don't want to be a member of this Class.

Best regards,

Bruno MENCE
General Manager
Tél : 0596505414 / 0696456526 (GSM)
Fax : 0596500911 / 0596586425
e mail : bmence@siapoc.org

# HELM DE MEXICO

ESTABLECIDA 1966
PROTON No. 2
PARQUE IND. NAUCALPAN
NAUCALPAN, EDO. DE MEX.
53489 MEXICO
TELEFONO 5228-9900
FAX: 5300-5731
E-MAIL: helm@helm-mexico.com.mx
http://www.helmmexico.com.mx
MEXICO

FAVOR INDICAR NUESTRA REF.

**Titanium Dioxide Antitrust Litigation Administrator**
C/o Gilardi & Co., LLC
P.O. Box 8090
San Rafael, CA 94912-8090

February 6th, 2013.

Civil Action No. RBD-10-0318

To whom it may concern,

According to this lawsuit in point number III. The rights of class members, option (B), we decided to be excluded from the class.

**HELM DE MEXICO S.A**
Protón No. 2
Parque Industrial Naucalpan
Naucalpan, Edo. de México
53489, México.
52 (55) 52289900 ext 211
Mr. Stefan Strietzel

We would appreciate very much to take this for your consideration.

Cordially yours,

**HELM DE MÈXICO, S.A.**

**STEFAN STRIETZEL**
Managing Director

INTERCOM

**INTERCOM Comércio de Produtos Químicos Ltda.**

February18th, 2013

**<u>TITANIUM DIOXIDE ANTITRUST LITIGATION ADMINISTRATOR</u>**

At.: Gilardi& Co., LLC

Ref.: Notice related to Titanium Dioxide Antitrust Litigation

Dear Sirs:

In the context of the notice dated January 11th, 2013 received from you and related to the Titanium Dioxide Antitrust Litigation, we would like to explain the following:

1. Our company regularly purchases Titanium Dioxide from Cristal USA Inc. subsidiaries' in other countries than the United States of America. Notwithstanding, we purchased Titanium Dioxide once directly from Cristal USA Inc. during the period mentioned in the notice, therefore being classified by you as a "Class Member";

2. As instructed in the aforementioned notice, we use this letter to request our exclusion from the Class, as we are not interested in remaining as a Class Member.

Please let us know if any further action is needed.

Regards,

Érico André Milla
President

Benjamin Moore Paints

Benjamin Moore & Co.
101 Paragon Drive
Montvale, NJ 07645

Legal Department
(t) 201-573-9600
(f) 201-949-6688

February 22, 2013

VIA FIRST CLASS MAIL AND
CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Titanium Dioxide Antitrust
Litigation Administrator
c/o Gilardi & Co., LLC
PO Box 8090
San Rafael, CA 94912-8090

Re: Request for Exclusion and to Opt Out as a member of the Class of In Re Titanium Dioxide Antitrust Litigation
Haley Paint Company, et al vs. E.I. DuPont De Nemours and Co., et al
Civil Action No. RDB-10-0318

Dear Litigation Administrator:

Pursuant to the Notice of Pendency of Class Action, Benjamin Moore & Co. requests to be excluded as a Member of the Class for any purpose of the above-named Class Action litigation.

Please refrain from any further correspondence pertaining to this Class Action litigation.

Sincerely,

BENJAMIN MOORE & CO.

JoAnn Glaccum
Sr. Vice President, General Counsel
and Secretary

JG:rkb

COLORCO™

DRY COLOR
AND CONCENTRATES
FOR PLASTICS

*ISO 9001 CERTIFIED*

**COLORCO INC., 1261 W. Elizabeth Avenue, Linden, New Jersey 07036 Tel. 908-862-3011 Fax 908-862-7443**
**Website: www.colorco-flo.com E-mail: colorco@colorco-flo.com and colorco2@colorco-flo.com**

FEB. 20, 2013
GILARDI & CO., LLC
REF: CIVIL ACTION NO. RDB-10-0318

DEAR CLASS COUNSEL,

COLORCO INC. DOES NOT WISH TO REMAIN IN THIS CLASS LAWSUIT & LITIGOUS ACTIVITY AND I REQUEST EXCLUSION FOR COLORCO INC. REGARDING ANY SUCH ACTIONS.

REGARDS,

CHRISTOPHER BATES
PRESIDENT

valspar
if it matters, we're on it.®

Physical Address:
901 3rd Avenue South
Minneapolis, MN 55402

Mailing Address:
PO Box 1461
Minneapolis, MN 55440

T 612.851.7903
F 612.486.7979
jthomson@valspar.com

February 22, 2013

Titanium Dioxide Antitrust Litigation Administrator
c/o Gilardi & Co., LLC
P.O. Box 8090
San Rafael, CA 94912-8090

Re: Titanium Dioxide Antitrust Litigation
US District Court, District of Maryland, Case No. RDB-10-0318

Request for Exclusion of The Valspar Corporation and All Subsidiaries

Dear Administrator:

The Valspar Corporation, on behalf of itself and all subsidiaries, affiliates and related entities chooses to **Opt-Out** of the plaintiff class in the Titanium Dioxide Antitrust Litigation and pursue any claim it may make against defendants separately and outside of the plaintiff class.

Valspar made purchases of titanium dioxide shipped to North American locations from February 1, 2003 to the present time. These purchases were made by Valspar entities, including, but not limited to, the following entities:

| Valspar Entity | Address | Telephone Number |
|---|---|---|
| The Valspar Corporation | PO Box 1461<br>Minneapolis, Minnesota 55440 | 612-851-7000 |
| Valspar Sourcing, Inc. | PO Box 230<br>Minneapolis, Minnesota 55440 | 612-851-7000 |
| Color Corporation of American | 1400 N. State St.<br>Marengo, Illinois 60152 | 815-568-3020 |
| Engineered Polymer Solutions, Inc. | 1400 N. State St.<br>Marengo, Illinois 60152 | 800-654-4242 |
| The Valspar Corporation Limitada | Estrada dos Casa, 5050<br>Bairro Alvarenga<br>São Bernardo do Campo<br>São Paulo<br>09840-900<br>Brazil | +55 11 4358 9244 |

| Valspar Entity | Address | Telephone Number |
|---|---|---|
| Valspar Refinish, Inc. | 210 Crosby Street<br>Picayune, MS 349466 | 601-798-4731 |
| Valspar, Inc. | 7655 Tranmere Drive<br>Mississauga, ON<br>L5s 1L4<br>Canada | 905-671-8333 |
| Plati-Kote Company, Inc. | 1000 Lake Road<br>Medina, OH 44256 | 330-725-4511 |

I am authorized to request exclusion from the plaintiff class in this matter on behalf of The Valspar Corporation and all subsidiaries, affiliates and related entities, including but not limited to those identified above.

Please contact with me any questions.

Sincerely,

Joe Thomson
Deputy General Counsel

Edge Chem 20th Anniversary

18 Carifta Avenue, Nanse Pen, Industrial Estate, P.O. Box 392, Kingston 11, Jamaica, West Indies
Telephone: (876) 923-4643, 923-5793, 937-3831-4 • Fax: (876) 937-3838
Email: edge@cwjamaica.com • Website: www.edgechem.com

January 30, 2013

Titanium Dioxide Antitrust Litigation Administrator
c/o Gilardi & Co., LLC
P.O. Box 8090
San Rafael
CA 94912-8090

Dear Sirs:

**RE: NOTICE OF PENDENCY OF CLASS ACTION IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION**

Please note Edgechem Jamaica Limited wishes to exclude ourselves from the Class in respect of the captioned referenced Civil Action No. RDB-10-0318 filed in the United States District Court, District of Maryland (Northern Division).

Regards,
**EDGECHEM JAMAICA LIMITED**

Ms. Mellissa McHargh
**GENERAL MANAGER**