UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN RE: TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No. 1-CV-00318-RDB |
| THIS DOCUMENT RELATES TO: All Actions | |

## STIPULATION

It is hereby stipulated by and among the parties hereto, through their undersigned counsel, as follows:

1. Defendants' *Daubert* motion(s) shall be filed on Monday, March 25, 2013, instead of the current Friday, March 22, 2013 deadline;

2. Plaintiffs' opposition to Defendants' *Daubert* motion(s) shall be filed on Thursday, April 4, 2013, instead of the current Friday, March 29, 2013 deadline; and

3. Defendants' reply (which can be up to 24 pages in length) shall be filed on Wednesday, April 10, 2013, instead of the current April 5, 2013 deadline.

4. The *Daubert* hearing is scheduled for Wednesday, April 17, 2013, at 10 a.m.

IT IS SO STIPULATED.

Dated: March ___, 2013             Respectfully submitted,

                                           SHAPIRO SHER GUINOT & SANDLER

By: ___/s/_____
     Robert B Levin (Bar No.: 00695)
     rbl@shapirosher.com
     Paul Mark Sandler (Bar No.: 00145)
     pms@shapirosher.com
     36 South Charles Street
     Charles Center South, Suite 2000
     Baltimore, Maryland 21201
     Telephone: (410) 385-4285
     Facsimile: (410) 539-7611


GOLD BENNETT CERA & SIDENER LLP

By: ___/s/_____
     Solomon B. Cera - (admitted *pro hac vice*)
     *(Signed by Robert B. Levin with permission
     of Solomon B. Cera)*
     scera@gbcslaw.com
     C. Andrew Dirksen - (admitted *pro hac vice*)
     adirksen@gbcslaw.com
     595 Market Street, Suite 2300
     San Francisco, California 94105
     Telephone: (415) 777-2230
     Facsimile: (415) 777-5189

JOSEPH SAVERI LAW FIRM

By: ___/s/_____
Joseph Saveri - (admitted *pro hac vice*)
*(Signed by Robert B. Levin with permission
 of Joseph Saveri)*
www.saverilawfirm.com
255 California Street, Suite 450
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 500-6803

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: ___/s/_____
Eric B. Fastiff
*(Signed by Robert B. Levin with permission
 of Eric B. Fastiff)*
efastiff@lchb.com
Daniel M. Hutchinson
dhutchinson@lchb.com
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs*

Dated: July 10, 2012	CROWELL & MORING, LLP

By: ___/s/_____
Kent A. Gardiner
*(Signed by Robert B. Levin with permission*
 *of Kent A. Gardiner)*
kgardiner@crowell.com
Shari R. Lahlou
slahlou@crowell.com
John Luke Cuddihy
jcuddihy@cormwell.com
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

CRAVATH, SWAINE & MOORE LLP

By: ___/s/_____
Evan R. Chesler
*(Signed by Robert B. Levin with permission*
 *Of Timothy G. Cameron)*
echesler@cravath.com
Timothy G. Cameron
tcameron@cravath.com
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant E.I. Dupont De Nemours*
*and Company*

ARNOLD AND PORTER LLP

By: __/s/_____
    James L. Cooper
    *(Signed by Robert B. Levin with permission*
     *of James L. Cooper)*
    james.cooper@aporter.com
    Ryan Z. Watts
    ryan.watts@aporter.com
    Justin P. Hedge
    justin.hedge@aporter.com
    555 Twelfth Street NW
    Washington, D.C. 20004
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5999

    *Attorneys for Defendant Millennium Inorganic*
     *Chemicals, Inc.*

LOCKE, LORD, BISSELL AND LIDDELL LLP

By: __/s/_____
    Paul Edward Coggins
    *(Signed by Robert B. Levin with permission*
     *of Paul Edward Coggins)*
    pcoggins@lockelord.com
    Kelly Rothermel Vickers
    kvickers@lockelord.com
    2200 Ross Avenue, Suite 2200
    Dallas, Texas 75201
    Telephone: (214) 740-8000
    Facsimile: (214) 740-8800

    *Attorneys for Defendant Kronos Worldwide Inc.*

VINSON & ELKINS, LLP

By: ___/s/_____
David T. Harvin
*(Signed by Robert B. Levin with permission of James A. Reeder)*
dharvin@velaw.com
James A. Reeder, Jr.
jreeder@velaw.com
Erica T. Krennerich
ekrennerich@velaw.com
First City Tower
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone: (713) 758-2368
Facsimile: (713) 615-5269

RAY QUINNEY & NEBEKER PC

By: ___/s/_____
Justin T. Toth
*(Signed by Robert B. Levin with permission of Justin T. Toth)*
jtoth@rqn.com
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC

By: ___/s/_____
David B. Hamilton
*(Signed by Robert B. Levin with permission*
 *of David B. Hamilton)*
david.hamilton@wcsr.com
250 West Pratt Street, Suite 1300
Baltimore, Maryland 21201
Telephone: (410) 545-5800
Facsimile: (410) 545-5801

*Attorneys for Defendant Huntsman International LLC*

APPROVED this 22nd day of March, 2013.

_____
Honorable Richard D. Bennett,
United States District Court Judge

2013 MAR 22 P 12: 12
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
FILED

## CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of March, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants. I further certify that a true and correct copy of this document was sent via U.S. first-class mail, postage paid, to all non-CM/ECF participants.

/s/ Robert B. Levin
Robert B. Levin