

WOMBLE
CARLYLE
SANDRIDGE
& RICE
A PROFESSIONAL LIMITED
LIABILITY COMPANY

250 W. Pratt Street
Suite 1300
Baltimore, MD 21201

Telephone: (410) 545-5800
Fax: (410) 545-5801
www.wcsr.com

David B. Hamilton
Direct Dial: 410-545-5850
Direct Fax: 410.694.0871
E-mail: David.Hamilton@wcsr.com

April 5, 2013

**VIA CM/ECF ONLY**

The Honorable Richard D. Bennett
United States District Court for the District of Maryland
101 West Lombard Street, Chambers 5D
Garmatz Federal Court House
Baltimore, Maryland 21201

      Re:   *In re Titanium Dioxide Antitrust Litig.*, Master Docket no. 10-cv-00318 (RDB)

Dear Judge Bennett:

I write on behalf of the Plaintiffs and Defendants to request a court reporter for the Daubert hearing on April 17. All of us appreciate the Court's assistance.

                              Respectfully submitted,

                              David B. Hamilton

DBH

cc:    All counsel of record (via CM/ECF)