**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | Master Docket No. 10-CV-00318 (RDB)<br>Honorable Richard D. Bennett |

**APPENDIX TO DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR JOINT MOTIONS TO EXCLUDE THE EXPERT TESTIMONY OF CERTAIN OF PLAINTIFFS' EXPERTS: GEORGE L. PRIEST, J.D., BRUCE W. HAMILTON, Ph.D. AND RUSSELL L. LAMB, Ph.D.**

| Exhibit | Description |
|---|---|
| 1 | Joseph E. Harrington Jr., *Detecting Cartels*,<br>Handbook of Antitrust Economics (Paolo Buccirossi ed., 2008) |

Dated:  April 10, 2013                                    Respectfully submitted,

                                                            by   /s/ Timothy G. Cameron
                                                                  Timothy G. Cameron

| CROWELL & MORING LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| Kent A. Gardiner (admitted *pro hac vice*) | Evan R. Chesler (admitted *pro hac vice*) |
| kgardiner@crowell.com | echesler@cravath.com |
| Shari Ross Lahlou (16570) | Darin P. McAtee (admitted *pro hac vice*) |
| slahlou@crowell.com | dmcatee@cravath.com |
| Lucy Grace Noyola (admitted *pro hac vice*) | Timothy G. Cameron (admitted *pro hac vice*) |
| lnoyola@crowell.com | tcameron@cravath.com |
| | |
| CROWELL & MORING LLP | CRAVATH, SWAINE & MOORE LLP |
| 1001 Pennsylvania Avenue, N.W. | Worldwide Plaza |
| Washington, D.C. 20004-2595 | 825 8th Avenue |
| Telephone: (202) 624-2500 | New York, NY 10019-7475 |
| Facsimile: (202) 628-5116 | Telephone: (212) 474-1000 |
| | Facsimile: (212) 474-3700 |

TYDINGS & ROSENBERG LLP

John B. Isbister (00639)
jisbister@tydingslaw.com
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Fl
Baltimore, MD 21202
Telephone: (410) 752-9700
Facsimile: (410) 727-5460

*Attorneys for Defendant*
*E. I. du Pont de Nemours and Company*

ARNOLD & PORTER LLP

James L. Cooper (admitted *pro hac vice*)
james.cooper@aporter.com
Anne P. Davis (admitted pro hac vice)
anne.davis@aporter.com
Ryan Z. Watts (admitted *pro hac vice*)
ryan.watts@aporter.com
Justin P. Hedge (admitted *pro hac vice*)
justin.hedge@aporter.com
Andrew Treaster (admitted *pro hac vice*)
andrew.treaster@aporter.com
ARNOLD and PORTER LLP
555 Twelfth Street NW
Washington, D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant Cristal USA Inc.*

| LOCKE LORD LLP | KRAMON & GRAHAM, P.A. |
|---|---|
| Paul Edward Coggins (admitted *pro hac vice*) | Andrew Jay Graham (00080) |
| pcoggins@lockelord.com | agraham@kg-law.com |
| Kelly R. Vickers (admitted *pro hac vice*) | Ezra S. Gollogly (28088) |
| kvickers@lockelord.com | egollogly@kg-law.com |
| LOCKE LORD LLP | Kramon & Graham, P.A. |
| 2200 Ross Avenue, Suite 2200 | One South Street, Suite 2600 |
| Dallas, Texas 75201 | Baltimore, MD  2102 |
| Telephone: (214) 740-8000 | Telephone: (410) 752-6030 |
| Facsimile: (214) 740-8800 | Facsimile: (410) 539-1269 |

*Attorneys for Defendant Kronos Worldwide Inc.*

VINSON & ELKINS LLP

David T. Harvin (admitted *pro hac vice*)
dharvin@velaw.com
James A. Reeder, Jr. (admitted *pro hac vice*)
jreeder@velaw.com
Erica T. Krennerich (admitted *pro hac vice*)
ekrennerich@velaw.com
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: (713) 758-2368
Facsimile: (713) 615-5269

WOMBLE CARLYLE SANDRIDGE & RICE PLLC

David B. Hamilton (04308)
david.hamilton@wcsr.com
Womble Carlyle Sandridge and Rice PLLC
250 W. Pratt Street, Suite 1300
Baltimore, MD 21201
Telephone: (410) 545-5850
Facsimile: (410) 545-5801

RAY QUINNEY & NEBEKER PC

Justin T. Toth (admitted *pro hac vice*)
jtoth@rqn.com
Ray Quinney & Nebeker PC
36 S. State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

*Attorneys for Defendant Huntsman International LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appendix to Defendants' Reply Memorandum of Law in Further Support of Their Joint Motions to Exclude the Expert Testimony of Certain of Plaintiffs' Experts: George L. Priest, J.D., Bruce W. Hamilton, Ph.D. and Russell L. Lamb, Ph.D. was served via electronic mail on this 10th day of April, 2013, to the following:

| | |
|---|---|
| Solomon B. Cera<br>Charles Andrew Dirksen<br>Gold Bennett Cera and Sidener LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>scera@gbcslaw.com<br>cdirksen@gbcslaw.com | Joseph R. Saveri<br>Kevin E. Rayhill<br>Lisa J. Leebove<br>Joseph Saveri Law Firm<br>505 Montgomery Street, Suite 625<br>San Francisco, CA 94111<br>jsaveri@saverilawfirm.com<br>krayhill@saverilawfirm.com<br>lleebove@saverilawfirm.com |
| Daniel M. Hutchinson<br>Eric B. Fastiff<br>Brendan P. Glackin<br>Lieff Cabraser Heimann and Bernstein LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>efastiff@lchb.com<br>dhutchinson@lchb.com<br>bglackin@lchb.com | Eric R. Harlan<br>Paul Mark Sandler<br>Robert B. Levin<br>John J. Lovejoy<br>Shapiro Sher Guinot and Sandler<br>36 S. Charles Street, Suite 2000<br>Baltimore, MD 21201<br>erh@shapirosher.com<br>pms@shapirosher.com<br>rbl@shapirosher.com<br>jjlovejoy@shapirosher.com |
| Steven E. Fineman<br>Daniel E. Seltz<br>Lieff Cabraser Heimann and Bernstein LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>sfineman@lchb.com<br>dseltz@lchb.com | Eric L. Cramer<br>Michael C. Dell Angelo<br>Matthew P. McCahill<br>Daniel J. Walker<br>Berger and Montague PC<br>1622 Locust Street<br>Philadelphia, PA 19103<br>ecramer@bm.net<br>mdellangelo@bm.net<br>mmccahill@bm.net<br>dwalker@bm.net |

| | |
|---|---|
| Shelly L. Friedland<br>Linda P. Nussbaum<br>Grant and Eisenhofer PA<br>485 Lexington Avenye<br>New York, NY 10017<br>sfriedland@gelaw.com<br>lnussbaum@gelaw.com | Scott W. Carlson<br>Vincent J. Esades<br>Renae D. Steiner<br>Heins Mills & Olson, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>scarlson@heinsmills.com<br>vesades@heinsmills.com<br>rsteiner@heinsmills.com |
| Jason G. Andrew<br>Kevin Bruce Love<br>Criden and Love PA<br>7301 SW 57th Court, Suite 515<br>South Miami, FL 33143<br>jandrew@cridenlove.com<br>klove@cridenlove.com | Steven J. Greenfogel<br>Lite DePalma Greenberg, LLC<br>Two Gateway Center, Suite 1201<br>Newark, NJ 07102<br>sgreenfogel@litedepalma.com |
| Stephen B. Connolly<br>Kendall S. Zylstra<br>Faruqi & Faruqi, LLP<br>101 Greenwood Ave., Suite 600<br>Jenkintown, PA 19046<br>sconnolly@faruqilaw.com<br>kzylstra@faruqilaw.com | William H. London<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>wlondon@fklmlaw.com |
| Brian M. Sund<br>Morrison Sund PLLC<br>5125 County Road 101, Suite 202<br>Minnetonka, MN 55345<br>bsund@morrisonsund.com | Paul Edward Coggins<br>Kelly R. Vickers<br>Locke Lord LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201<br>pcoggins@lockelord.com<br>kvickers@lockelord.com |
| James L. Cooper<br>Anne P. Davis<br>Ryan Z. Watts<br>Justin P. Hedge<br>Andrew Treaster<br>Arnold and Porter LLP<br>555 Twelfth Street NW<br>Washington, D.C. 20004<br>james.cooper@aporter.com<br>anne.davis@aporter.com<br>ryan.watts@aporter.com<br>justin.hedge@aporter.com<br>andrew.treaster@aporter.com | David T. Harvin<br>James A. Reeder, Jr.<br>Erica T. Krennerich<br>Vinson & Elkins LLP<br>1001 Fannin Street, Suite 2500<br>Houston, TX 77002-6760<br>dharvin@velaw.com<br>jreeder@velaw.com<br>ekrennerich@velaw.com |

| | |
|---|---|
| Justin T. Toth<br>John W. Mackay<br>Ray Quinney & Nebeker PC<br>36 S. State Street, Suite 1400<br>Salt Lake City, UT 84111<br>jtoth@rqn.com<br>jmackay@rqn.com | David B. Hamilton<br>Womble Carlyle Sandridge and Rice PLLC<br>250 W. Pratt Street, Suite 1300<br>Baltimore, MD 21201<br>david.hamilton@wcsr.com |
| Andrew Graham<br>Ezra Gollogly<br>Kramon & Graham, P.A.<br>One South Street, Suite 2600<br>Baltimore, MD  2102<br>agraham@kg-law.com<br>egollogly@kg-law.com | |

Dated:  April 10, 2013

       by    /s/ Timothy G. Cameron
              Timothy G. Cameron

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700