# Vinson&Elkins

James A. Reeder, Jr   jreeder@velaw.com
Tel +1 713 758 2202   Fax +1.713 615 5947

April 11, 2013

### CM/ECF

Honorable Richard D. Bennett
United States District Court
District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street, 5D
Baltimore, Maryland 21201

RE: *In re Titanium Dioxide Antitrust Litigation*, Case No: 1:10-CV-00318-RDB

Dear Judge Bennett:

I write on behalf of all of the Defendants in the above-referenced matter. At the hearing on March 4, the Court asked counsel for the parties to communicate with each other in an effort to agree upon a schedule for the briefing of the Motion to Amend Class Definition. Regrettably, the parties have reached an impasse and require the assistance of the Court to finalize the schedule.

Defendants believe that they can gather the supporting materials for the motion to amend the class definition by April 18. Defendants also believe that procedurally, we must file the motion to amend before moving for summary judgment. Plaintiffs are concerned that they will have to brief this motion and the motion for summary judgment simultaneously, but that of course is the inevitable result of their earlier argument that resolution of this motion should await the expiration of the opt out period, which the Court accepted. We have tried to accommodate their concern by offering them nearly a month to respond to this motion and we are still willing to do that.

Defendants intend to file the motion on or before April 18. Defendants request that the Court set a briefing schedule for the Motion to Amend Class Definition as follows:

Motion to be filed by April 18
Response to be filed by May 13
Reply to be filed by May 28

Vinson & Elkins LLP  Attorneys at Law
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston  London  Moscow
New York  Palo Alto  Riyadh  San Francisco  Shanghai  Tokyo  Washington

1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel +1 713 758 2222  Fax +1 713 758 2346  www.velaw.com

Counsel for Defendants are available to discuss this issue should the Court desire it.

Respectfully submitted,

James A. Reeder, Jr.

cc:     All Counsel of Record (*via e-mail*)