**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No. 10-CV-00318-RDB |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum in Support of Defendants' Motion to Compel Arbitration and Stay Proceedings, Motion to Dismiss for Improper Venue, Motion to Strike Jury Trial Demand, and Renewed Motion to Amend the Class Definition, the Declaration of Colette Daney and the exhibits annexed thereto, the Declaration of Michael B. Quinn and the exhibits annexed thereto, the Declaration of David Sanzalone and the exhibits annexed thereto, the Declaration of James D. Clover and the exhibits annexed thereto, and all prior papers and proceedings herein, Defendants E. I. du Pont de Nemours and Company, Huntsman International LLC, Kronos Worldwide, Inc., and Cristal USA Inc. (formerly known as Millennium Inorganic Chemicals Inc.), will move this Court, before the Honorable Richard D. Bennett, at the Garmatz Federal Courthouse, Suite 4228, 101 West Lombard St., Baltimore, MD 21201, for an Order (i) staying all of the claims of class members with claims subject to an arbitration provision and ordering those class members to proceed in arbitration, pursuant to 9 U.S.C. §§ 3, 4, (ii) dismissing the claims of all class members with claims subject to mandatory forum selection provisions that render this Court an improper forum to adjudicate their claims,

pursuant to Fed. R. Civ. P. 12(b)(3), (iii) striking the jury trial demands of class members that have contractually waived their rights to jury trials, pursuant to Fed. R. Civ. P. 39(a), (iv) modifying the present class definition to exclude from the class each class member that is precluded from pursuing claims in this action as a result of its agreement to an arbitration, forum selection, class action waiver and/or jury waiver clause in one or more of its contracts with the Defendants, pursuant to Fed. R. Civ. P. 23, and (v) granting such other and further relief as the Court may deem just and proper.

Dated: April 18, 2013

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP

Evan R. Chesler (admitted *pro hac vice*)
echesler@cravath.com
Darin P. McAtee (admitted *pro hac vice*)
dmcatee@cravath.com
Timothy G. Cameron (admitted *pro hac vice*)
tcameron@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

CROWELL & MORING LLP

Kent A. Gardiner (admitted *pro hac vice*)
kgardiner@crowell.com
Shari Ross Lahlou (16570)
slahlou@crowell.com
Lucy Grace Noyola (admitted *pro hac vice*)
lnoyola@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

TYDINGS & ROSENBERG LLP

John B. Isbister (00639)
jisbister@tydingslaw.com
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Fl
Baltimore, MD 21202
Telephone: (410) 752-9700
Facsimile: (410) 727-5460

*Attorneys for Defendant*
*E. I. du Pont de Nemours and Company*

ARNOLD and PORTER LLP

James L. Cooper (admitted *pro hac vice*)
james.cooper@aporter.com
Anne P. Davis (admitted *pro hac vice*)
anne.davis@aporter.com
Ryan Z. Watts (admitted *pro hac vice*)
ryan.watts@aporter.com
Justin P. Hedge (admitted *pro hac vice*)
justin.hedge@aporter.com
Andrew Treaster (admitted *pro hac vice*)
andrew.treaster@aporter.com
Robert Stolworthy
robert.stolworthy@aporter.com
ARNOLD and PORTER LLP
555 Twelfth Street NW
Washington, D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant
Cristal USA Inc.*


| LOCKE LORD LLP | KRAMON & GRAHAM, P.A. |
|---|---|
| Paul Edward Coggins (admitted *pro hac vice*) | Andrew Jay Graham (00080) |
| pcoggins@lockelord.com | agraham@kg-law.com |
| Kelly R. Vickers (admitted *pro hac vice*) | Ezra S. Gollogly (28088) |
| kvickers@lockelord.com | egollogly@kg-law.com |
| LOCKE LORD LLP | KRAMON & GRAHAM, P.A. |
| 2200 Ross Avenue, Suite 2200 | One South Street, Suite 2600 |
| Dallas, Texas 75201 | Baltimore, MD 2102 |
| Telephone: (214) 740-8000 | Telephone: (410) 752-6030 |
| Facsimile: (214) 740-8800 | Facsimile: (410) 539-1269 |

*Attorneys for Defendant Kronos Worldwide Inc.*

| | |
|---|---|
| VINSON & ELKINS LLP | RAY QUINNEY & NEBEKER PC |
| David T. Harvin (admitted pro hac vice)<br>dharvin@velaw.com<br>James A. Reeder, Jr. (admitted pro hac vice)<br>jreeder@velaw.com<br>Erica T. Krennerich (admitted pro hac vice)<br>ekrennerich@velaw.com | Justin T. Toth (admitted pro hac vice)<br>jtoth@rqn.com<br>Ray Quinney & Nebeker PC<br>36 S. State Street, Suite 1400<br>Salt Lake City, UT 84111<br>Telephone: (801) 532-1500<br>Facsimile: (801) 532-7543 |
| VINSON & ELKINS LLP<br>1001 Fannin Street, Suite 2500<br>Houston, TX 77002-6760<br>Telephone: (713) 758-2368<br>Facsimile: (713) 615-5269 | |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | |
| David B. Hamilton (04308)<br>david.hamilton@wcsr.com<br>Womble Carlyle Sandridge & Rice LLP<br>250 W. Pratt Street, Suite 1300<br>Baltimore, MD 21201<br>Telephone: (410) 545-5850<br>Facsimile: (410) 545-5801 | |

*Attorneys for Defendant Huntsman International LLC*