# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### (Northern Division)

|  |  |
|---|---|
| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No. 10-CV-00318-RDB |
| THIS DOCUMENT RELATES TO: All Actions | |

## DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS, MOTION TO DISMISS FOR IMPROPER VENUE, MOTION TO STRIKE, AND RENEWED MOTION TO AMEND THE CLASS DEFINITION

Pursuant to leave granted by the Court's November 27, 2012 Order (Dkt #367), and for the reasons stated in the accompanying memorandum and attachments, Defendants E. I. du Pont de Nemours and Company ("DuPont"), Huntsman International LLC ("Huntsman"), Kronos Worldwide, Inc. ("Kronos"), and Cristal USA Inc. (formerly known as Millennium Inorganic Chemicals Inc.) ("Millennium"), respectfully move that the Court: (i) order all class members with claims subject to an arbitration provision[1] to proceed in arbitration and stay all of the claims of those class members; (ii) dismiss the claims of all class members with claims subject to mandatory forum selection provisions[2] that render this Court an improper forum to adjudicate their claims; (iii) strike the jury trial demands of class members that have contractually waived

---

[1] Class members with claims subject to an arbitration provision are listed in Table A of Exhibit 1 to this Motion. Exhibit 1 is filed under seal.

[2] Class members with claims subject to a mandatory forum selection clause are listed in Tables B and C of Exhibit 1. Table B lists the contracts containing mandatory forum selection clauses, including three contracts between Huntsman and Guild CPO, Inc., which is a purchasing organization composed of members who purchase titanium dioxide pursuant to the contracts negotiated by the Guild CPO, Inc. Table C lists members of the Guild CPO who purchased titanium dioxide from Huntsman pursuant to the Guild CPO, Inc. contracts with Huntsman from 2005 to the present and are, therefore, subject to the terms of those agreements.

their rights to jury trials[3] and (iv) modify the present class definition to exclude from the class each class member that is precluded from pursuing claims in this action as a result of its agreement to an arbitration, forum selection, class action waiver[4] and/or jury waiver clause in one or more of its contracts with the Defendants.

Defendants also pray for such further relief to which they may be justly entitled.

---

[3] Class members with claims subject to a jury waiver clause are listed in Table E of Exhibit 1.
[4] Class members with claims subject to a class action waiver clause are listed in Table D of Exhibit 1.

Dated:  April 18, 2013               Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP     CROWELL & MORING LLP

Evan R. Chesler (admitted *pro hac vice*)    Kent A. Gardiner (admitted *pro hac vice*)
echesler@cravath.com                kgardiner@crowell.com
Darin P. McAtee (admitted *pro hac vice*)   Shari Ross Lahlou (16570)
dmcatee@cravath.com                slahlou@crowell.com
Timothy G. Cameron (admitted *pro hac vice*)  Lucy Grace Noyola (admitted *pro hac vice*)
tcameron@cravath.com               lnoyola@crowell.com
CRAVATH, SWAINE & MOORE LLP     CROWELL & MORING LLP
Worldwide Plaza                  1001 Pennsylvania Avenue, N.W.
825 8th Avenue                   Washington, D.C. 20004-2595
New York, NY 10019-7475         Telephone: (202) 624-2500
Telephone: (212) 474-1000         Facsimile: (202) 628-5116
Facsimile: (212) 474-3700

TYDINGS & ROSENBERG LLP

John B. Isbister (00639)
jisbister@tydingslaw.com
TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th Fl
Baltimore, MD 21202
Telephone: (410) 752-9700
Facsimile: (410) 727-5460

*Attorneys for Defendant*
*E. I. du Pont de Nemours and Company*

ARNOLD and PORTER LLP

James L. Cooper (admitted *pro hac vice*)
james.cooper@aporter.com
Anne P. Davis (admitted *pro hac vice*)
anne.davis@aporter.com
Ryan Z. Watts (admitted *pro hac vice*)
ryan.watts@aporter.com
Justin P. Hedge (admitted *pro hac vice*)

justin.hedge@aporter.com
Andrew Treaster (admitted *pro hac vice*)
andrew.treaster@aporter.com
Robert Stolworthy
robert.stolworthy@aporter.com
ARNOLD and PORTER LLP
555 Twelfth Street NW
Washington, D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendant*
*Cristal USA Inc.*


LOCKE LORD LLP

Paul Edward Coggins (admitted *pro hac vice*)
pcoggins@lockelord.com
Kelly R. Vickers (admitted *pro hac vice*)
kvickers@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

*Attorneys for Defendant Kronos Worldwide*
*Inc.*


VINSON & ELKINS LLP

David T. Harvin (admitted pro hac vice)
dharvin@velaw.com
James A. Reeder, Jr. (admitted pro hac vice)
jreeder@velaw.com
Erica T. Krennerich (admitted pro hac vice)
ekrennerich@velaw.com

KRAMON & GRAHAM, P.A.

Andrew Jay Graham (00080)
agraham@kg-law.com
Ezra S. Gollogly (28088)
egollogly@kg-law.com
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, MD  2102
Telephone: (410) 752-6030
Facsimile: (410) 539-1269


RAY QUINNEY & NEBEKER PC

Justin T. Toth (admitted pro hac vice)
jtoth@rqn.com
Ray Quinney & Nebeker PC
36 S. State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: (713) 758-2368
Facsimile: (713) 615-5269

WOMBLE CARLYLE SANDRIDGE &
RICE LLP

David B. Hamilton (04308)
david.hamilton@wcsr.com
Womble Carlyle Sandridge & Rice LLP
250 W. Pratt Street, Suite 1300
Baltimore, MD 21201
Telephone: (410) 545-5850
Facsimile: (410) 545-5801

*Attorneys for Defendant Huntsman*
*International LLC*