

250 West Pratt Street
Suite 1300
Baltimore, MD 21201

Telephone: (410) 545-5800
Fax: (410) 545-5801
www.wcsr.com

David B. Hamilton
Direct Dial: 410-545-5850
Direct Fax: 410-694-0871
E-mail: David.Hamilton@wcsr.com

April 24, 2013

<u>*VIA CM/ECF ONLY*</u>

Honorable Richard D. Bennett
United States District Court
District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street, 5D
Baltimore, Maryland 21201

RE:  *In re Titanium Dioxide Antitrust Litigation*, Case No: 1:10-CV-00318-RDB

Dear Judge Bennett:

  Pursuant to the Court's directive at the April 17, 2013 hearing, Defendants request the Court's approval of the following briefing schedule for Defendants' motion to compel arbitration and stay proceedings, motion to dismiss for improper venue, motion to strike, and renewed motion to amend the class definition.

  I.  <u>DEADLINES</u>

| Event | Date |
|---|---|
| Defendants' Motion | April 18, 2013 |
| Plaintiffs' Response | May 22, 2013 |
| Defendants' Reply | June 11, 2013 |

Respectfully,

/s/

David B. Hamilton

DBH:nlw
cc: All Counsel of Record (via CM/ECF)