UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**RICHARD D. BENNETT**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DIVISION**

**U.S. COURTHOUSE - CHAMBERS 5D**
**101 W. LOMBARD STREET**
**BALTIMORE, MD 21201**
**TEL: 410-962-3190**
**FAX: 410-962-3177**

August 5, 2013

**LETTER ORDER**

To Counsel of Record:

Re:  In re Titanium Dioxide Antitrust Litigation,
     Civil No. RDB-10-0318

Dear Counsel:

This letter confirms that this Court held a teleconference on Friday, August 2, 2013 regarding the trial schedule and pending motions in this case. This Court will hold a motions hearing on all pending motions *in limine* on Monday, August 26, 2013, at 10:00 a.m. EST. The pretrial conference will follow immediately thereafter.

The Motions for Summary Judgment that remain pending in this case will be addressed forthwith. The pending Motion to Amend Class Definition (ECF No. 423) will be decided after further briefing by the Plaintiffs and the Defendants Kronos Worldwide, Inc. and Cristal USA Inc. (formerly known as Millennium Inorganic Chemicals Inc.). All supplemental briefing regarding the Motion to Amend Class Definition should be ten pages or fewer. The Defendants will submit their supplemental brief by Wednesday, August 7, 2013, and the Plaintiffs will respond by Monday, August 12, 2013.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

/s/ Richard D. Bennett
Richard D. Bennett
United States District Judge

1