UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN RE: TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No. 10–CV–00318(RDB) |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

## [PROPOSED] ORDER STAYING ALL PROCEEDINGS AS AMONG PLAINTIFFS HALEY PAINT COMPANY, ISAAC INDUSTRIES, INC., AND EAST COAST COLORANTS, LLC D/B/A BREEN COLOR CONCENTRATES, ON BEHALF OF THEMSELVES AND THE CERTIFIED CLASS, AND DEFENDANTS E. I. DU PONT DE NEMOURS AND COMPANY AND HUNTSMAN INTERNATIONAL LLC ONLY

WHEREAS, Plaintiffs Haley Paint Company, Isaac Industries, Inc., and East Coast Colorants, LLC d/b/a Breen Color Concentrates (collectively, "Plaintiffs") brought the above-captioned action, as representatives of a class of direct purchasers of titanium dioxide in the United States, against various defendants including Huntsman International LLC ("Huntsman") and E. I. du Pont de Nemours and Company ("DuPont");

WHEREAS, by Order dated August 28, 2012, the Court certified a class of direct purchasers of titanium dioxide in the United States (collectively, "the Class");

WHEREAS, on July 15, 2013, Plaintiffs, on behalf of themselves and the Class, and Huntsman reached an agreement for the settlement and release of all class claims in this litigation, as against Huntsman only, subject to notice to the Class and completion of the approval process before this Court pursuant to Rule 23(e) of the Federal Rules of Civil procedure, and on that basis by letter dated July 15, 2013 sought a stay of all proceedings as between them as of that date;

WHEREAS, on July 26, 2013, Plaintiffs, on behalf of themselves and the Class, and DuPont reached an agreement in principle for the settlement and release of all class claims in this litigation, as against DuPont only, subject to finalizing the settlement documentation, notice to the Class and completion of the approval process before this Court pursuant to Rule 23(e) of the Federal Rules of Civil procedure, and on that basis by letter dated July 26, 2013 sought a stay of all proceedings as between them as of that date;

NOW THEREFORE, it is ordered:

1. All proceedings in this litigation, including but not limited to all motion practice of any kind, as between or on behalf of Plaintiffs, the Class and Huntsman as of July 15, 2013, are hereby stayed pending further order of the Court, except for proceedings provided for in, or necessary to effectuate, the settlement agreement(s) between those parties; and

2. All proceedings in this litigation, including but not limited to all motion practice of any kind, as between or on behalf of Plaintiffs, the Class and DuPont as of July 26, 2013, are hereby stayed pending further order of the Court, except for proceedings provided for in, or necessary to effectuate, the settlement agreement(s) between those parties.

SO ORDERED this ____ day of August, 2013.

> HONORABLE RICHARD D. BENNETT
> UNITED STATES DISTRICT JUDGE

Dated: August 5, 2013                             by  *Solomon B. Cera* /TGC.
                                                      Solomon B. Cera

| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | GOLD BENNETT CERA & SIDENER LLP |
|---|---|

Brendan P. Glackin (admitted pro hac vice)
bglackin@lchb.com
Daniel M. Hutchinson (admitted pro hac vice)
dhutchinson@lchb.com
Lin Y. Chan (admitted pro hac vice)
lchan@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Fax: (415) 956-1008

Solomon B. Cera (admitted pro hac vice)
scera@gbcslaw.com
Charles A. Dirksen (admitted pro hac vice)
cdirksen@gbcslaw.com
Louis A. Kessler (admitted pro hac vice)
lakessler@gbcslaw.com
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Fax: (415) 777-5189

JOSEPH SAVERI LAW FIRM

SHAPIRO SHER GUINOT & SANDLER

Joseph R. Saveri (admitted pro hac vice)
jsaveri@saverilawfirm.com
Lisa Leebove (admitted pro hac vice)
lleebove@saverilawfirm.com
Kevin Rayhill (admitted pro hac vice)
krayhill@saverilawfirm.com
Ryan J. McEwan (admitted pro hac vice)
rmcewan@saverilawfirm.com
JOSEPH SAVERI LAW FIRM
505 Montgomery Street, Suite 625
San Francisco, CA 94111

Paul M. Sandler (Bar No. 00145)
pms@shapirosher.com
Robert B. Levin (Bar No. 00695)
rbl@shapirosher.com
SHAPIRO SHER GUINOT & SANDLER
36 South Charles Street, Suite 2000
Baltimore, MD 21201
Telephone: (410) 385-0202
Fax: (410) 539-7611

*Attorneys for Plaintiffs and the Class*

Dated: August 5, 2013

by /s/ Timothy G. Cameron
Timothy G. Cameron

| CROWELL & MORING LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|

Kent A. Gardiner (admitted *pro hac vice*)
kgardiner@crowell.com
Shari Ross Lahlou (16570)
slahlou@crowell.com
Lucy Grace Noyola (admitted *pro hac vice*)
lnoyola@crowell.com

Evan R. Chesler (admitted *pro hac vice*)
echesler@cravath.com
Darin P. McAtee (admitted *pro hac vice*)
dmcatee@cravath.com
Timothy G. Cameron (admitted *pro hac vice*)
tcameron@cravath.com

CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

TYDINGS & ROSENBERG LLP

John B. Isbister (00639)
jisbister@tydingslaw.com
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Fl
Baltimore, MD 21202
Telephone: (410) 752-9700
Facsimile: (410) 727-5460

*Attorneys for Defendant*
*E. I. du Pont de Nemours and Company*

Dated: August 5, 2013				by *David T. Harvin /TCre.*
						‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
						David T. Harvin

VINSON & ELKINS LLP

David T. Harvin (admitted pro hac vice)
dharvin@velaw.com
James A. Reeder, Jr. (admitted pro hac vice)
jreeder@velaw.com
Erica T. Krennerich (admitted pro hac vice)
ekrennerich@velaw.com
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Telephone: (713) 758-2368
Facsimile: (713) 615-5269

WOMBLE CARLYLE SANDRIDGE AND RICE PLLC

David B. Hamilton (04308)
david.hamilton@wcsr.com
Womble Carlyle Sandridge and Rice PLLC
250 W. Pratt Street, Suite 1300
Baltimore, MD 21201
Telephone: (410) 545-5850
Facsimile: (410) 545-5801

*Attorneys for Defendant Huntsman International LLC*

RAY QUINNEY & NEBEKER PC

Justin T. Toth (admitted pro hac vice)
jtoth@rqn.com
Ray Quinney & Nebeker PC
36 S. State Street, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543