IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION | * * * |
| * * * * * * * * | CIVIL ACTION NO.: RDB-10-0318 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | * * * * |
| * * * * * * * * * * * * * * | |

### ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 14th day of August 2013, ORDERED that:

1. The Motion for Summary Judgment filed by Kronos Worldwide Inc. (ECF No. 432) is DENIED;

2. The Motion for Summary Judgment filed by Millennium Inorganic Chemicals (ECF No. 439) is DENIED;

3. The Joint Motion for Summary Judgment (ECF No. 442), as it pertains to the remaining Defendants Kronos and Millennium, is DENIED;

4. The Joint Motion for Summary Judgment (ECF No. 442), as it pertains to the settling Defendants E.I. du Pont de Nemours & Co., Inc. and Huntsman International LLC, remains STAYED pending final approval of the settlement agreements between the Class Plaintiffs and those parties; and

5. The Clerk of the Court transmit copies of this Order and accompanying

1

Memorandum Opinion to the parties.

                                                                                     /s/_____
                                                                                     Richard D. Bennett
                                                                                     United States District Judge