UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 SEP -9 A 11: 42

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| IN RE: TITANIUM DIOXIDE ANTITRUST LITIGATION | Master Docket No. 10-CV-00318(RDB) |
| THIS DOCUMENT RELATES TO: All Actions | |

**[~~PROPOSED~~] ORDER STAYING ALL PROCEEDINGS AS AMONG PLAINTIFFS HALEY PAINT COMPANY, ISAAC INDUSTRIES, INC. AND EAST COAST COLORANTS, LLC d/b/a BREEN COLOR CONCENTRATES AND DEFENDANT KRONOS WORLDWIDE INC. ONLY**

WHEREAS, Plaintiffs Haley Paint Company, Isaac Industries, Inc., and East Coast Colorants, LLC d/b/a Breen Color Concentrates (collectively, "Plaintiffs") brought the above-captioned action, as representatives of a class of direct purchasers of titanium dioxide in the United States, against various Defendants including Kronos Worldwide Inc. ("Kronos");

WHEREAS, ON September 6, 2013, Plaintiffs on behalf of themselves and the Class, and Kronos reached an agreement for the settlement and release of all claims in this litigation on behalf of the class certified by the Court on August 28, 2012, as against Kronos only, subject to notice to the Class and completion of the approval process before this Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, and on that basis seek a stay of all proceedings as between them as of that date;

NOW THEREFORE, it is ordered

That all proceedings in this litigation, including but not limited to all motion practice of any kind, as between or on behalf of Plaintiffs and Kronos as of September 6, 2013, are hereby

stayed pending further order of the Court, except for proceedings provided for in, or necessary to effectuate, the settlement agreement between those parties.

SO ORDERED this __6th__ day of September, 2013.

_/s/ Richard D. Bennett_
Honorable Richard D. Bennett
United States District Judge


**GOLD BENNETT CERA & SIDENER, LLP**

By: /s/ Solomon B. Cera
Solomon B. Cera *(Pro hac vice)*
C. Andrew Dirksen *(Pro hac vice)*
Louis A. Kessler *(Pro hac vice)*
595 Market Street, Suite 2300
San Francisco, California 94105
Tel.: (415) 777-2230
Fax: (415) 777-5189
scera@gbcslaw.com
cdirksen@gbcslaw.com
lakessler@gbcslaw.com

**JOSEPH SAVERI LAW FIRM, INC.**

Joseph R. Saveri *(Pro hac vice)*
Kevin Rayhill *(Pro hac vice)*
Ryan J. McEwan *(Pro hac vice)*
505 Montgomery Street, Suite 625
San Francisco, California 94111
jsaveri@saverilawfirm.com
krayhill@saverilawfirm.com
rmcewan@saverilawfirm.com

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

Eric B. Fastiff *(Pro hac vice)*
Brendan P. Glackin *(Pro hac vice)*
Daniel M. Hutchinson *(Pro hac vice)*
Lin Y. Chan *(Pro hac vice)*

275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008
efastiff@lchb.com
bglackin@lchb.com
dhutchinson@lchb.com
lchan@lchb.com
*Co-Lead Counsel*

**SHAPIRO SHER GUINOT & SANDLER**
Paul M. Sandler
Robert B. Levin
36 South Charles Street, Suite 2000
Baltimore, Maryland 21201
Tel: (410) 385-0202
Fax: (410) 539-7611
pms@shapirosher.com
rbl@shapirosher.com
*Plaintiffs' Liaison Counsel*

**BERGER & MONTAGUE, P.C.**
Eric L. Cramer *(Pro hac vice)*
Daniel Walker *(Pro hac vice)*
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
ecramer@bm.net
mdellangelo@bm.net
dwalker@bm.net
*Plaintiffs' Executive Committee Member*


**LOCKE LORD LLP**

By: /s/ Paul E. Coggins
Paul E. Coggins (admitted *pro hac vice*)
pcoggins@lockelord.com
Kelly R. Vickers (admitted *pro hac vice*)
kvickers@lockelord.com
Adam Tyler (admitted *pro hac vice*)
atyler@lockelord.com
2200 Ross Ave Ste 2200
Dallas, TX 75201
Phone: (214) 740-8104

**KRAMON & GRAHAM, P. A.**

James P. Ulwick (000536)
julwick@kg-law.com
Ezra S. Gollogly (28088)
egollogly@kg-law.com
One South Street, Suite 2600
Baltimore, MD 2102
Telephone: (410) 752-6030
Facsimile: (410) 539-1269
*Attorneys for Kronos Worldwide, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 6, 2013, I electronically filed the foregoing document under seal, with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.

/s/ Robert B. Levin