1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   LOS GATOS MERCANTILE, INC, et al.,          Case No.  13-cv-01180-WHO
            Plaintiffs,
8
        v.                                       **ORDER REGARDING PRODUCTION
9                                                OF DOCUMENTS AND SETTING CASE
    E.I DUPONT DE NEMOURS AND                    MANAGEMENT CONFERENCE**
10  COMPANY, et al.,
11          Defendants.

12          Having reviewed the docket in this case and the parties' July 12, 2013 Joint Case

13   Management Statement, the Court adopts the parties' stipulation and ORDERS the parties to

14   comply with the following deadlines for production of documents filed in the Direct Purchaser

15   Case:

16          **July 18, 2013**: Defendants shall provide any notices to plaintiffs' counsel and to persons

17          and entities who are not parties to this action as required under the Stipulated Protective

18          Order entered in the above-captioned matter and/or the Stipulated Protective Order entered

19          in the Direct Purchaser Case.

20          **August 20, 2013**: Defendants shall produce to Plaintiffs, in unredacted form, all pleadings,

21          motions, exhibits, and reports filed under seal or in redacted form in the Direct Purchaser

22          Case for which no producing plaintiff or third party has raised an objection and sought

23          appropriate relief as described in the Stipulated Protective Order entered in the above-

24          captioned matter and/or the Stipulated Protective Order entered in the Direct Purchaser

25          Case.

26          **January 24, 2014**: Defendants shall produce to Plaintiffs all documents previously

27          produced by Defendants in the Direct Purchaser Case.

28

**EXHIBIT A**

1  The Court also sets a Case Management Conference for January 28, 2014, in Courtroom 2,

2  17th Floor, San Francisco.

3

4  **IT IS SO ORDERED**.

5  Dated: July 19, 2013



6  _____

7  WILLIAM H. ORRICK
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**EXHIBIT A** 2