# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**(Northern Division**)

| | |
|---|---|
| IN RE TITANIUM DIOXIDE ANTITRUST LITIGATION | No. 10-CV-00318-RDB |
| This Document Relates To:<br>All Actions | |

## [PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION

Upon consideration of Movants Los Gatos Mercantile, Inc. d/b/a Los Gatos Ace Hardware; Fred Swaim, Inc. d/b/a Quality Auto Parts; Ace Hardware of South Walton, Inc.; Lexington Home Center, LLC; R.F. Cole, Inc. d/b/a Brewers Paint Center; Cusimano Carstar, Inc.; and The Carpet Shoppe, Inc.'s ("Movants") Motion for Reconsideration, any opposition thereto, and the points and authorities therein, it hereby ORDERED that said motion is GRANTED. Movants are hereby permitted to intervene in the above-captioned matter pursuant to Rule 24(b) of the Federal Rules of Civil Procedure for the limited purpose of seeking access to all pleadings, motions, exhibits, and reports filed under seal or in redacted form in the above-captioned matter.

It is further ORDERED that Defendants shall produce, within five days of entry of this order, all pleadings, motions, exhibits, and reports filed under seal or in redacted form in the above-captioned matter to Movants. These documents are to remain under seal, and Movants are receiving them subject

to the terms of the Protective Order entered by this Court on September 21, 2011.


DATED: _____, 2014       _____
                                            Hon. Richard D. Bennett
                                            United States District Judge